| 2. Article Number | COMPLETE THIS SECTION ON DELIVERY | |
|---|---|---|
| ‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖ | A. Received by (Please Print Clearly) *D Brown* | B. Date of Delivery 11/06/06 |
| 7160 3901 9841 2078 6789 | C. Signature X *A Brown* | ☐ Agent ☐ Addressee |
| | D. Is delivery address different from item 1? If YES, enter delivery address below: | ☐ Yes ☐ No |

3. Service Type  **CERTIFIED MAIL**
4. Restricted Delivery? *(Extra Fee)*   ☐ Yes
1. Article Addressed to:

**Conrad Yelvington Distributors**
**c/o National Registered Agents**
**150 South Perry Street**
**Montgomery, AL  36104**    06cv993

PS Form 3811, September 2002                                   Domestic Return Receipt