UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA

| | |
|---|---|
| **JOHNCO MATERIALS, INC.,** ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 2:06-CV-993-ID |
| ) | |
| **CONRAD YELVINGTON** ) | |
| **DISTRIBUTORS, INC.,** ) | |
| ) | |
| **Defendant.** ) | |

**DEFENDANT'S AMENDED UNOPPOSED MOTION FOR ENLARGEMENT OF TIME TO FILE A RESPONSE TO COMPLAINT**

Pursuant to Fed.R.Civ.P. 6(b), defendant, CONRAD YELVINGTON DISTRIBUTORS, INC. ("YELVINGTON"), moves this Court for an enlargement of time to file a response to plaintiff's complaint. In support thereof, defendant states:

1. On or about November 1, 2006, JOHNCO MATERIALS, INC. ("JOHNCO") filed a claim against YELVINGTON for breach of contract.

2. YELVINGTON's response to the complaint is due on or before November 27, 2006.

3. YELVINGTON seeks an extension of time in which to respond to the complaint due to a delay in obtaining the complaint from its registered agent service, a delay in locating and retaining local counsel, and the due date falling immediately after the long Thanksgiving holiday weekend.

4. Counsel for YELVINGTON has contacted counsel for JOHNCO about this extension and represents to this Court that counsel for JOHNCO does not oppose this motion. JOHNCO has consented to a one-week extension to December 4, 2006, and will not be prejudiced by the requested enlargement.

**Memorandum of Law**

Federal Rule of Civil Procedure 6(b), governing enlargement of time, provides:

> an act is required or allowed to be done at or within a specified time, the court for cause shown may at any time in its discretion (1) with or without motion or notice order the period enlarged if request therefor is made before the expiration of the period originally prescribed or as extended by a previous order...

Rule 6 is to "be construed and administered to secure the just, speedy, and inexpensive determination of every action." Fed.R.Civ.P. 6. "An application under Rule 6(b)(1) normally will be granted in the absence of bad faith or prejudice to the adverse party." 4A Charles Alan Wright & Arthur R. Miller, Federal Practice and Procedure §1165.

Here, YELVINGTON seeks an enlargement of time for one week to file a response to the Complaint. Counsel for JOHNCO has agreed to this enlargement and JOHNCO will not suffer prejudice as a result.

For the reasons set forth above, YELVINGTON respectfully requests that the Court enter an order enlarging the time for YELVINGTON to file a response to the Complaint to December 4, 2006.

      Respectfully submitted,

      s/ Angela R. Rogers_____
      Charles A. Stewart III (STE067)
      Angela R. Rogers (RAI017)
      **Bradley Arant Rose & White LLP**
      The Alabama Center for Commerce
      401 Adams Avenue, Suite 780
      Montgomery, AL 36104
      Telephone: (334) 956-7700
      Facsimile: (334) 956-7701

      **Attorneys for Defendant,**
      **Conrad Yelvington Distributors, Inc.**

**CERTIFICATE OF SERVICE**

    I HEREBY CERTIFY that I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which will send a notice of electronic filing to the following on this 22nd day of November:

>Benjamin E. Baker, Jr., Esquire
>Beasley, Allen, Crow, Methvin, Portis & Miles, P.C.
>218 Commerce Street
>Montgomery, AL 36104
>
>H. Gregory Pearson, Esquire
>Charles E. Harrison, Esquire
>Junkin, Pearson, Harrison, & Junkin, L.L.C.
>601 Greensboro Avenue
>Suite 600, Alston Place
>Tuscaloosa, AL 35401

and I hereby certify that I have mailed by United States Postal Service the document to the following non-CM/ECF participants: None.

>s/ Angela R. Rogers
>Angela R. Rogers
>Bradley Arant Rose & White LLP
>The Alabama Center for Commerce
>401 Adams Avenue, Suite 780
>Montgomery, AL 36104
>Telephone: (334) 956-7700
>Facsimile: (334) 956-7701
>E-mail: arogers@bradleyarant.com