IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| **JOHNCO MATERIALS, INC.,** | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) CIV. ACT. NO. 2:06cv993-ID |
| v. | ) |
| | ) |
| **CONRAD YELVINGTON** | ) |
| **DISTRIBUTORS, INC.,** | ) |
| | ) |
| **Defendant.** | ) |

**ORDER**

Upon CONSIDERATION of Defendant's unopposed amended motion for enlargement of time to file a response to the complaint (Doc. No. 5), and for good cause shown, it is ORDERED that said motion be and the same is hereby GRANTED and that the time for Defendant to answer or otherwise respond to the complaint is hereby EXTENDED to and including December 4, 2006.

It is further CONSIDERED and ORDERED that Defendant's motion, docketed by the clerk as entry number 4, be and the same is hereby DENIED as moot.

DONE this 27th day of November, 2006.

/s/ Ira DeMent
SENIOR UNITED STATES DISTRICT JUDGE