IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA

| | |
|---|---|
| **JOHNCO MATERIALS, INC.** § | |
| § | |
| **Plaintiff,** § | |
| § | |
| v. § | **Civil Action No. 06-CV-993-ID** |
| § | |
| **CONRAD YELVINGTON** § | |
| **DISTRIBUTORS, INC.,** § | |
| § | |
| **Defendant.** § | |

## MOTION TO WITHDRAW

**COMES NOW** Benjamin E. Baker, Jr., of the law firm of Beasley, Allen, Crow, Methvin, Portis & Miles, P.C., and files this Motion to Withdraw as counsel for the Plaintiff. Johnco Materials, Inc., will be represented by Charles E. Harrison and Gregory Pearson of the law firm of Junkin, Pearson, Harrison & Junkin.

   /s/ Benjamin E. Baker, Jr.
Benjamin E. Baker, Jr. (BAK025)

OF COUNSEL:

**BEASLEY, ALLEN, CROW,
  METHVIN, PORTIS & MILES, P.C.**
Post Office Box 4160
Montgomery, AL 36103-4160
(334) 269-2343

## **CERTIFICATE OF SERVICE**

      I hereby certify that I have electronically filed the foregoing document with the Court using the CM/ECF system, which will send notification of such filing to the following on this the 27<u>TH</u> day of November, 2006.

                                      /s/ Benjamin E. Baker, Jr._____
                                      OF COUNSEL

Charles E. Harrison
Harold Gregory Pearson
**Junkin Pearson, Harrison & Junkin**
601 Greensboro Avenue
Tuscaloosa, AL  35401

Charles A. Stewart, III
Angela Raines Rogers
**Bradley, Arant, Rose & White**
Post Office Box 1469
Montgomery, AL  36102