IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| **JOHNCO MATERIALS, INC.,** | ) |
| | ) |
| Plaintiff, | ) |
| | ) CIV. ACT. NO. 2:06cv993-ID |
| v. | ) |
| | ) |
| **CONRAD YELVINGTON** | ) |
| **DISTRIBUTORS, INC.,** | ) |
| | ) |
| Defendant. | ) |

**ORDER**

Upon CONSIDERATION of the motion to withdraw (Doc. No. 7), filed by Benjamin E. Baker, Jr., Esquire, it is ORDERED that said motion be and the same is hereby GRANTED.

DONE this 27th day of November, 2006.

/s/ Ira Dement
SENIOR UNITED STATES DISTRICT JUDGE