IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA

RECEIVED

2006 DEC -8  P 2: 46

DEBRA P. HACKETT, CLK
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

JOHNCO MATERIALS, INC.,          CASE NO.: CV-06-2:06CV993-10

    Plaintiff,

vs.

CONRAD YELVINGTON
DISTRIBUTORS, INC.,

    Defendant.
_____/

## MOTION FOR ADMISSION PRO HAC VICE, AND
## CERTIFICATE OF GOOD STANDING PURSUANT TO LOCAL RULE 83.01

    Pursuant to Rule 83.1, Local Rules, United States District Court, Middle District of Alabama, defendant, CONRAD YELVINGTON DISTRIBUTORS, INC., by and through Angela R. Rogers, one of its attorneys, who is a member in good standing of the Alabama State Bar and of the United States District Court for the Middle District of Alabama, moves this Court for an order allowing Thomas J. Leek, Esquire to appear as counsel on behalf of Cobb & Cole in the above-styled lawsuit. In support of this motion, defendant states the following:

1. Mr. Leek and his firm, Cobb & Cole have been retained to represent the defendant, CONRAD YELVINGTON DISTRIBUTORS, INC. as co-counsel in all proceedings conducted in this cause.

2. Mr. Leek is admitted to practice law in the State of Florida and the United States District Court for the Middle District of Florida.

3. Mr. Leek is a member in good standing of the District Court for the United States Middle District of Florida.

4. Mr. Leek has fully complied with the requirements of Local Rule 83.1(b) by attaching a Certificate of Good Standing from the United States Middle District of Florida.

5. Mr. Leek is familiar with the Local Rules, United States District Court, Middle District of Alabama.

WHEREFORE, defendant, CONRAD YELVINGTON DISTRIBUTORS, INC., respectfully requests this Court to enter an order admitting Thomas J. Leek to practice before this Court pro hac vice.

## MEMORANDUM OF LAW

Defendant's CONRAD YELVINGTON DISTRIBUTORS, INC., motion for admission pro hac vice should be granted pursuant to Rule 83.1, Local Rules, United States District Court, Middle District of Alabama.

Respectfully submitted,

*/s/ Angela R. Rogers*

Charles A. Stewart III (STE067)
Angela R. Rogers (RAI017)
**Bradley Arant Rose & White LLP**
The Alabama Center for Commerce
401 Adams Avenue, Suite 780
Montgomery, AL 36104
Telephone: (334) 956-7700
Facsimile: (334) 956-7701

**Attorneys for Defendant,
Conrad Yelvington Distributors, Inc.**

OF COUNSEL:

Thomas J. Leek, Esquire
Cobb & Cole
FL BAR NO. 0116408
150 Magnolia Avenue
Post Office Box 2491
Daytona Beach, FL 32115-2491

{034542-058 : TLEEK/AENGE : 00508536.DOC; 1}
Case 2:06-cv-00993-KOB-SRW    Document 11    Filed 12/08/2006    Page 2 of 4

## CERTIFICATE OF SERVICE

I hereby certify that I have this date served the above and foregoing on:

> H. Gregory Pearson, Esquire
> Charles E. Harrison, Esquire
> Junkin, Pearson, Harrison, & Junkin, L.L.C.
> 601 Greensboro Avenue
> Suite 600, Alston Place
> Tuscaloosa, AL 35401

by placing a copy of same in the United States Mail, first-class postage prepaid and addressed to his regular mailing address, on this 8th day of December, 2006.

_____
OF COUNSEL

{034542-058 : TLEEK/AENGE : 00508536.DOC; 1}

AO 136 (Rev. 9/98) Certificate of Good Standing

# MIDDLE DISTRICT OF FLORIDA

## CERTIFICATE OF GOOD STANDING

I, Sheryl L. Loesch, Clerk of this Court,

certify that THOMAS J. LEEK, Bar Number 116408,

was duly admitted to practice in this Court on

November 18, 1997, and is in good standing

as a member of the Bar of this Court.

Dated at Orlando, Florida, on November 22, 2006

SHERYL L. LOESCH
Clerk

T. Cammarota, Deputy Clerk