IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| **JOHNCO MATERIALS, INC.,** | ) |
| | ) |
| Plaintiff, | ) |
| | ) CIV. ACT. NO. 2:06cv993-ID |
| v. | ) |
| | ) |
| **CONRAD YELVINGTON** | ) |
| **DISTRIBUTORS, INC.,** | ) |
| | ) |
| Defendant. | ) |

**ORDER**

Upon CONSIDERATION of the motion for admission *pro hac vice*, filed December 8, 2006, it is ORDERED that said motion be and the same is hereby GRANTED and that Thomas J. Leek, Esquire, is hereby ADMITTED *pro hac vice* as counsel on behalf of Defendant.

Done this 11th day of December, 2006.

/s/ Ira DeMent
SENIOR UNITED STATES DISTRICT JUDGE