IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA

| | |
|---|---|
| JOHNCO MATERIALS, INC., ) | |
| ) | |
| Plaintiff, ) | |
| ) | Civil Action No. |
| vs. ) | 2:06cv993-ID |
| ) | |
| CONRAD YELVINGTON ) | |
| DISTRIBUTORS, INC., ) | |
| ) | |
| Defendant. ) | |

**REPLY TO COUNTERCLAIM**

Comes now Johnco Materials, Inc., the plaintiff in this cause, and for its reply to the counterclaim of the defendant would state as follows:

**First Defense**

The plaintiff pleads the general issue, denies all claims, and demands strict proof of all allegations and claims in the counterclaim.

## Second Defense

The plaintiff affirmatively pleads pursuant to FED.R.CIV.P. 12(b)(6) that the counterclaim fails to state a cause of action for which relief can be granted.

## Third Defense

The plaintiff affirmatively pleads acquiescence and acceptance by defendant of the performance of the plaintiff under the contract.

## Fourth Defense

The plaintiff affirmatively pleads that the counterclaim of the defendant is barred by an accord and satisfaction.

## Fifth Defense

The plaintiff affirmatively pleads that the counterclaim of the defendant is barred for failure of consideration.

### Sixth Defense

The plaintiff affirmatively pleads that the counterclaim of the defendant is barred for failure of performance on the part of the defendant.

### Seventh Defense

The plaintiff affirmatively pleads that its performance has been frustrated by supervening and/or intervening causes, including without limitation or exclusion the acts, omissions and conduct of the defendant.

### Eighth Defense

The plaintiff affirmatively pleads to deny that the defendant has been damaged to the nature and extent claimed by the defendant and demands strict proof thereof.

### Ninth Defense

The plaintiff affirmatively pleads that the defendant is estopped from recovery.

### Tenth Defense

The plaintiff affirmatively pleads that the claims of the defendant are barred by laches.

### Eleventh Defense

The plaintiff affirmatively pleads that the defendant has waived any rights, claims and demands of the plaintiff.

### Twelfth Defense

The plaintiff affirmatively pleads the business judgment rule.

### Thirteenth Defense

The plaintiff affirmatively pleads duress.

### Fourteenth Defense

The plaintiff affirmatively pleads failure on the part of the defendant to give notice of breach.

### Fifteenth Defense

The plaintiff affirmatively pleads fraud on the part of the defendant.

### Sixteenth Defense

The plaintiff affirmatively pleads failure of the defendant to mitigate damages.

### Seventeenth Defense

The plaintiff affirmatively pleads lack of notice.

### Eighteenth Defense

The plaintiff affirmatively pleads ratification.

### Nineteenth Defense

The plaintiff affirmatively pleads recoupment.

## Twentieth Defense

The plaintiff affirmatively pleads unclean hands on the part of the defendant.

## Twenty-First Defense

The plaintiff affirmatively pleads willful concealment of facts by the defendant.

s/ H. Gregory Pearson (PEA017)

Charles E. Harrison (ASB-9408-N70C)

*OF COUNSEL:*

JUNKIN, PEARSON, HARRISON
   & JUNKIN, L.L.C.
601 Greensboro Avenue
Suite 600 Alston Place
Tuscaloosa, Alabama 35401
Telephone: (205) 366-0111
Telecopier: (205) 391-4780

*PLAINTIFF DEMANDS TRIAL OF ALL ISSUES BY STRUCK JURY, PURSUANT TO FED.R.CIV.P. 38.*

/s/ Charles E. Harrison
Charles E. Harrison (ASB-9408-N70C)

## CERTIFICATE OF SERVICE

Pursuant to LR 5.4, I do hereby certify that I have on this the 19th day of December 2006 served a copy of the foregoing Reply on:

> Charles A. Stewart III, Esq.
> Angela R. Rogers, Esq.
> BRADLEY ARANT ROSE & WHITE LLP
> The Alabama Center for Commerce
> 401 Adams Avenue, Suite 780
> Montgomery Alabama 36104
>
> Thomas J. Leek, Esq
> COBB & COLE
> 150 Mognolia Avenue
> Post Office Box 2491
> Daytona Beach, FL 32115-2491

who are registered with this Court as Filing Users, by electronically filing a copy of said document through the Court's transmission facilities in the manner authorized by the Court's General Order regarding Electronic Case Filing Policies and Procedures.

/s/ Charles E. Harrison
Charles E. Harrison (ASB-9408-N70C)