# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF ALABAMA

| | |
|---|---|
| JOHNCO MATERIALS, INC., ) | |
| ) | |
|     Plaintiff, ) | |
| ) | Civil Action No. |
| vs. ) | 2:06cv993-ID |
| ) | |
| CONRAD YELVINGTON ) | |
| DISTRIBUTORS, INC., ) | |
| ) | |
|     Defendant. ) | |

## REPORT OF THE PARTIES' PLANNING MEETING

1. **Planning Meeting.**

    A. Pursuant to FED. R. CIV. P. 26(f), a meeting was held on December 20, 2006, by telephone conference attended by:

        Charles E. Harrison for the Plaintiff.

        Kathryn D. Weston for the Defendant.

    B. The parties considered the nature and basis of the claims and defenses presented herein, and the possibilities for a prompt settlement or resolution of this case.

2. **Pre-Discovery Disclosures.** The parties will exchange by **January 15, 2007**, the information required by Fed. R. Civ. P. 26(a)(1).

3. **Discovery Plan.** The parties jointly propose to the Court the following discovery plan:

    A.    Discovery will be needed on the following subjects: plaintiff's allegations, defendants' answers, including issues of liability, damages, and defenses.

    B.    All discovery commenced in time to be completed by Thursday, **November 15, 2007.**

    C.    Maximum of 40 interrogatories by each party to any other party. Responses due 30 days after service of interrogatories, or 33 days if interrogatories served by mail.

    D.    Disclosure of the identify of expert witnesses under Rule 26, and the substance and basis of expected testimony due:

        1.    From Plaintiff by **August 1, 2007**.
        2.    From Defendant by **September 1, 2007**.

    E.    Supplementation under Rule 26(e) due as discovered but in no event later than **June 1, 2007**.

4.    **<u>Other Items</u>**.

    A.    The parties request a pretrial conference after **November 1, 2007**.

    B.    Plaintiff should be allowed until **April 1, 2007**, to add parties and amend the pleadings.

    C.    Defendant should be allowed until **May 1, 2007**, to add parties and amend the pleadings.

    D.    All potentially dispositive motions should be filed by **October 1, 2007.**

    E.    Settlement cannot be realistically evaluated prior to completion of some discovery, at which time settlement may be enhanced by mediation. The parties will to confer by no later than **July 15, 2007** to determine whether mediation may be beneficial to explore settlement.

    F.    Final lists of witnesses and exhibits under Rule 26(a)(3) should be due by **December 15, 2007**.

    G.    Parties should have until **December 30, 2007** to list objections under Rule 26(a)(3) to witness and exhibit lists.

    H.    The case should be ready for trial by **January 28, 2008**, and at this time is expected to take 3-4 days.

DATED: Wednesday, December 20, 2006.

/s H. Gregory Pearson
H. Gregory Pearson

/s Charles E. Harrison
Charles E. Harrison (ASB-9408-N70C)

*OF COUNSEL:*

JUNKIN, PEARSON, HARRISON
   & JUNKIN, L.L.C.
601 Greensboro Avenue
Suite 600 Alston Place
Tuscaloosa, Alabama 35401
Telephone: (205) 366-0111
Telecopier: (205) 391-4780