## IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF ALABAMA

| | |
|---|---|
| JOHNCO MATERIALS, INC., ) | |
| ) | |
| Plaintiff, ) | |
| ) | Civil Action No. |
| vs. ) | 2:06cv993-ID |
| ) | |
| CONRAD YELVINGTON ) | |
| DISTRIBUTORS, INC., ) | |
| ) | |
| Defendant. ) | |

## CONFLICT DISCLOSURE STATEMENT

Comes now the plaintiff, Johnco Materials, Inc., and, pursuant to this Honorable Court's Order of February 16, 2007 pertaining to the disclosure of potential conflicts to the Court, would respectfully state as follows:

1. No entities are reportable under paragraph 1 of the Order.

2. No entities are reportable under paragraph 2 of the Order.

1

Submitted this the 2nd day of March 2007.

                        s/ H. Gregory Pearson
                        H. Gregory Pearson (ASB-4733-S81H)

                        Charles E. Harrison (ASB-9408-N70C)

*OF COUNSEL:*

JUNKIN, PEARSON, HARRISON
   & JUNKIN, L.L.C.
601 Greensboro Avenue
Suite 600 Alston Place
Tuscaloosa, Alabama 35401
Telephone: (205) 366-0111
Telecopier: (205) 391-4780

2

**CERTIFICATE OF SERVICE**

Pursuant to LR 5.4, I do hereby certify that I have on this the 2nd day of March 2007 served a copy of the foregoing Statement on:

>   Charles A. Stewart III, Esq.
>   Angela R. Rogers, Esq.
>   BRADLEY ARANT ROSE & WHITE LLP
>   The Alabama Center for Commerce
>   401 Adams Avenue, Suite 780
>   Montgomery Alabama 36104
>
>   Thomas J. Leek, Esq
>   COBB & COLE
>   150 Mognolia Avenue
>   Post Office Box 2491
>   Daytona Beach, FL 32115-2491

who are registered with this Court as Filing Users, by electronically filing a copy of said document through the Court's transmission facilities in the manner authorized by the Court's General Order regarding Electronic Case Filing Policies and Procedures.

                                        Charles E. Harrison (ASB-9408-N70C)