IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA

JOHNCO MATERIALS, INC.,   CASE NO.: CV-06-2:06CV993-10

    Plaintiff,

vs.

CONRAD YELVINGTON
DISTRIBUTORS, INC.,

    Defendant.
_____/

## CORPORATE/CONFLICT DISCLOSURE STATEMENT

In accordance with the order of this Court, the undersigned party or parties to the above-captioned matter do hereby make the following disclosure concerning parent companies, subsidiaries, affiliates, partnership, joint ventures, debtor, creditors' committee, or other entities reportable under the provisions of the Middle District of Alabama's General Order No. 3047:

There are no entities to be reported.

    **COBB & COLE**

/s/ Thomas J. Leek
Thomas J. Leek, Esquire
FL BAR NO. 0116408
150 Magnolia Avenue
Post Office Box 2491
Daytona Beach, FL 32115-2491
Telephone: 386.255.8171
Facsimile: 386.254-6361
CO-COUNSEL FOR DEFENDANT

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that I electronically filed the foregoing Corporate/Conflict Disclosure Statement with the Clerk of the Court by using the CM/ECF system which will send a notice of electronic filing to the following on this 28th day of March, 2007.

>Angela R. Rogers, Esquire
>Bradley, Arant, Rose & White, L.L.P.
>Alabama Center for Commerce
>401 Adams Avenue, Suite 780
>Montgomery, AL 36104

>Benjamin E. Baker, Jr., Esquire
>Beasley, Allen, Crow, Methvin,
>Portis & Miles, P.C.
>218 Commerce Street
>Montgomery, AL 36104

>H. Gregory Pearson, Esquire
>Charles E. Harrison, Esquire
>Junkin, Pearson, Harrison, & Junkin, L.L.C.
>601 Greensboro Avenue
>Suite 600, Alston Place
>Tuscaloosa, AL 35401

>/s/ Thomas J. Leek
>Attorney