IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA

| | |
|---|---|
| JOHNCO MATERIALS, INC., ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | Civil Action No. |
| vs. ) | 2:06cv993-ID |
| ) | |
| CONRAD YELVINGTON ) | |
| DISTRIBUTORS, INC., ) | |
| ) | |
| **Defendant.** ) | |

## NOTICE OF SERVICE

To:  Clerk of the Court
District Court of the United States
for the Middle District of Alabama, Northern Division

    I hereby certify that a copy of the following designated discovery material has this date been served upon counsel for all parties to this action by United States Mail, first class postage prepaid and properly addressed or by hand delivery.

( X )   Plaintiff's Response to Defendant's First Request for Production
( X )   Plaintiff's Answers to Interrogatories

    This the 18th day of April 2007.

*[signature: Charles E. Harrison]*
Charles E. Harrison (ASB-9408-N70C)

*OF COUNSEL:*

JUNKIN, PEARSON, HARRISON
   & JUNKIN, L.L.C.
601 Greensboro Avenue
Suite 600 Alston Place
Tuscaloosa, Alabama 35401
Telephone: (205) 366-0111
Telecopier: (205) 391-4780

## CERTIFICATE OF SERVICE

Pursuant to LR 5.4, I do hereby certify that I have on this the 18th day of April 2007 served a copy of the foregoing Notice of Service on:

    Charles A. Stewart III, Esq.
    Angela R. Rogers, Esq.
    BRADLEY ARANT ROSE & WHITE LLP
    The Alabama Center for Commerce
    401 Adams Avenue, Suite 780
    Montgomery Alabama 36104

    Thomas J. Leek, Esq
    COBB & COLE
    150 Mognolia Avenue
    Post Office Box 2491
    Daytona Beach, FL 32115-2491

who are registered with this Court as a Filing User, by electronically filing a copy of said document through the Court's transmission facilities in the manner authorized by the Court's General Order regarding Electronic Case Filing Policies and Procedures.

                                        Charles E. Harrison (ASB-9408-N70C)