IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA

| | |
|---|---|
| **JOHNCO MATERIALS, INC.,**    ) | |
| ) | |
| **Plaintiff,**    ) | |
| ) | Civil Action No. |
| vs.    ) | 2:06cv993-ID |
| ) | |
| **CONRAD YELVINGTON**    ) | UNOPPOSED |
| **DISTRIBUTORS, INC.,**    ) | |
| ) | |
| **Defendant.**    ) | |

**MOTION TO EXTEND THE DEADLINE
FOR DISCLOSURE OF EXPERT WITNESSES**

**COMES NOW** the Plaintiff JOHNCO Materials, Inc., by and through its undersigned counsel, and moves this Honorable Court to extend the time in which the parties must disclose their expert witnesses, and in support thereof respectfully submits the following:

1. On January 12, 2007, this Court entered a scheduling order in this case requiring the Plaintiff's to disclose their Rule 26 (a)(2) experts by August 1, 2007 and the Defendants to disclose their Rule 26(a)(2) experts by September 4, 2007.

2. The Plaintiff needs additional time in which to complete these disclosure statements and is requesting that this Court extend the deadline to August 8, 2007, for the Plaintiff and September 11, 2007,

for the Defendants.

3. The Plaintiff would further state that this extension will in no way effect any further discovery deadlines, nor will it effect either parties' ability to be ready for trial on March 31, 2008.

4. Counsel for the Plaintiff has discussed this issue with counsel for the Defendants and has been advised that the Defendants have no objection to the requested extension.

**WHEREFORE, THESE PREMISES CONSIDERED**, the Plaintiff respectfully requests this Court to enter an order amending the Rule 16 scheduling order so that the parties may have additional time to disclose their expert witnesses.

Dated this the 31st day of July, 2007.

Respectfully Submitted,

s/ H. Gregory Pearson
H. Gregory Pearson (PEA017)

Charles E. Harrison (ASB-9408-N70C)

JUNKIN, PEARSON, HARRISON
 & JUNKIN, L.L.C.
601 Greensboro Avenue
Suite 600 Alston Place
Tuscaloosa, Alabama 35401
Telephone: (205) 366-0111
Telecopier: (205) 391-4780

## **CERTIFICATE OF SERVICE**

Pursuant to LR 5.4, this is to certify that I have this day served counsel for the parties in the foregoing matter with a copy of the foregoing document, by personal delivery or by depositing in an envelope in the United States Mail, properly addressed and first class postage prepaid to the following:

>Charles A. Stewart III, Esq.
>Angela R. Rogers, Esq.
>BRADLEY ARANT ROSE & WHITE LLP
>The Alabama Center for Commerce
>401 Adams Avenue, Suite 780
>Montgomery Alabama 36104
>
>Thomas J. Leek, Esq
>COBB & COLE
>150 Mognolia Avenue
>Post Office Box 2491
>Daytona Beach, FL 32115-2491

This the 31st day of July 2007.

*/s/ Charles E. Harrison*
Charles E. Harrison (ASB-9408-N70C)