IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| **JOHNCO MATERIALS, INC.,** | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CIVIL ACTION NO. 2:06cv993-ID |
| | ) |
| **CONRAD YELVINGTON** | ) |
| **DISTRIBUTORS, INC.,** | ) |
| | ) |
| Defendant. | ) |

**ORDER**

Upon CONSIDERATION of Plaintiff JOHNCO Materials, Inc.'s unopposed motion to extend the deadline for disclosure of expert witnesses (Doc. No. 20), it is ORDERED that said motion be and the same is hereby GRANTED and that the disclosure deadlines in Section 7 of the Uniform Scheduling Order (Doc. No. 15) are hereby EXTENDED to and including August 8, 2007, for Plaintiff and September 11, 2007, for Defendants.

DONE this 1st day of August, 2007.

/s/ Ira DeMent
SENIOR UNITED STATES DISTRICT JUDGE