IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA

JOHNCO MATERIALS, INC.,  CASE NO.: CV-06-2:06CV993-10

    Plaintiff,

vs.

CONRAD YELVINGTON
DISTRIBUTORS, INC.,

    Defendant.
_____/

### DEFENDANT, CONRAD YELVINGTON DISTRIBUTORS, INC., MOTION TO EXTEND DEADLINE FOR DISCLOSURE OF EXPERT WITNESS

COMES NOW the Defendant, CONRAD YELVINGTON DISTRIBUTORS, INC., by and through its undersigned counsel, and moves this Court to extend the time in which the defendant must disclose its expert witnesses, and in support thereof states as follows:

1. On January 12, 2007, this Court entered a scheduling order in this case requiring the Defendant to disclose its Rule 26(a)(2) experts by September 4, 2007, as set forth pursuant to section 7 of the Uniform Scheduling Order.

2. On August 1, 2007, this Court entered an order to extend the deadline for disclosure of expert witnesses, to September 11, 2007, for Defendant.

3. The defendant requires additional time in which to complete its disclosure, and is requesting this Court extend the deadline to September 25, 2007.

4. The defendant further states that this extension will in no way effect any further discovery deadlines, nor will it affect either party's ability to be ready for trial on March 31, 2008.

5.  Counsel for the plaintiff has been notified of the filing of this motion, and plaintiff has no objection to the requested extension.

WHEREFORE, the defendant respectfully requests this Court to enter an order extending the defendant's deadline to disclose its expert witnesses to and including September 25, 2007.

*COBB & COLE*

/s/ Thomas J. Leek
THOMAS J. LEEK
FLA. BAR NO. 0116408
150 Magnolia Avenue
Post Office Box 2491
Daytona Beach, FL 32115-2491
Telephone: (386) 255-8171
Facsimile: (386) 323-9255
E-mail: Tom.Leek@CobbCole.com
CO-COUNSEL FOR DEFENDANT

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY I HEREBY CERTIFY that on the 10th day September, 2007, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to:

H. Gregory Pearson, Esquire
Charles E. Harrison, Esquire
Junkin, Pearson, Harrison, & Junkin, L.L.C.
601 Greensboro Avenue
Suite 600, Alston Place
Tuscaloosa, AL 35401

Angela R. Rogers
Bradley Arant Rose & White LLP
The Alabama Center for Commerce
401 Adams Avenue, Suite 780
Montgomery, AL 36104

/s/Thomas J. Leek
Attorney