# IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF ALABAMA
### NORTHERN DIVISION

| | |
|---|---|
| **JOHNCO MATERIALS, INC.,** | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) |
| **v.** | ) **CIVIL ACTION NO. 2:06cv993-ID** |
| | ) |
| **CONRAD YELVINGTON** | ) |
| **DISTRIBUTORS, INC.,** | ) |
| | ) |
| **Defendant.** | ) |

## ORDER

Upon CONSIDERATION of Defendant Conrad Yelvington Distributors, Inc.'s motion to extend the deadline for disclosure of expert witnesses (Doc. No. 23), it is ORDERED that said motion be and the same is hereby GRANTED and that the disclosure deadline in Section 7 of the Uniform Scheduling Order (Doc. No. 15) is hereby EXTENDED to and including September 25, 2007, for Defendant.

DONE this 11th day of September, 2007.

/s/ Ira DeMent
SENIOR UNITED STATES DISTRICT JUDGE