UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

RECEIVED
2007 OCT 11  A 10: 24

JOHNCO MATERIALS, INC.,

    Plaintiff,

vs.

Case No.: 2:06CV993-ID

CONRAD YELVINGTON
DISTRIBUTORS, INC.,

    Defendant.
_____/

## MOTION FOR ADMISSION PRO HAC VICE

COMES NOW, RAYMOND P. OLDACH, JR., Esq., as attorney for non-parties READY MIX USA, INC and READY MIX USA, LLC, respectfully moves this Court for the appearance of Raymond P. Oldach, Jr., Esq., *pro hac vice* in the above-captioned case pursuant to Local Rule 83.1(b). Attached is the Certificate of Good Standing from the United States District Court for the Northern District of Florida (Exhibit A) in which Raymond P. Oldach, Jr, Esq. is duly admitted, in good standing, and where he practices law. Additionally, the instant Motion is accompanied by the proper filing fee to the Clerk of Court. Pursuant to Local Rule 83.1(b), this instant Motion is filed contemporaneously with the filing of the non-parties' Motion to Quash Defendant's Subpoena Duces Tecum.

1

WHEREFORE, RAYMOND P. OLDACH, JR., Esq., as attorney for non-parties READY MIX USA, INC and READY MIX USA, LLC, respectfully requests that this HONORABLE COURT grant the instant Motion and any other relief this Court deems equitable and proper.

RAYMOND P. OLDACH, JR.
Florida Bar No.: 15580
U.S. Florida. N.D. Bar No.: 15580
*McDonald, Fleming, Moorhead*
25 West Government Street
Pensacola, FL  32502
(850) 477-0660
(850) 477-4510 (facsimile)
rpoldach@pensacolalaw.com
Attorney for Non-Parties, READY MIX USA, INC. and READY MIX USA, LLC

## CERTIFICATE OF SERVICE

I Raymond P. Oldach Jr, do hereby Certify that a true and correct copy of the foregoing has been furnished by U.S. Mail and facsimile transmittal to Attorney for Defendant, Thomas J. Leek, P.O. Box 2491, Dayton Beach, FL 32115; Attorneys for Plaintiff, Charles E. Harrison and Harold G. Pearson, 601 Greensboro Ave., Ste 600, Tuscaloosa, AL 35401, on this 10th day of October, 2007.

Raymond P. Oldach, Jr.

| | UNITED STATES DISTRICT COURT | |
|---|---|---|
| **WILLIAM M. MCCOOL**<br>CLERK OF COURT<br>111 N. ADAMS STREET<br>TALLAHASSEE, FLORIDA 32301-7717<br>850.521.3501<br>850.521.3656 FAX | NORTHERN DISTRICT OF FLORIDA<br>**OFFICE OF THE CLERK**<br><br>*Visit our web site at www.flnd.uscourts.gov* | **SHEILA HURST-RAYBORN**<br>CHIEF DEPUTY CLERK<br>111 N. ADAMS STREET<br>TALLAHASSEE, FLORIDA 32301-7717<br>850.521.3501<br>850.521.3656 FAX |

Reply to: Pensacola Division

October 9, 2007

## CERTIFICATE OF GOOD STANDING

I, WILLIAM M. MCCOOL, Clerk of the United States District Court for the Northern District of Florida, DO HEREBY CERTIFY THAT

***RAYMOND P. OLDACH, JR.***, **Florida Northern District Bar Number 15580**, was duly admitted to practice in this Court on **March 17, 2006**, and is in good standing as a member of the bar of this Court.

**WILLIAM M. MCCOOL, CLERK OF COURT**

*C. Justice* (signature)

C. Justice, DEPUTY CLERK

---

*The mission of the Office of the Clerk of the Northern District of Florida is to provide superior service to the public and the Court.*

| Gainesville Division | Pensacola Division | Tallahassee Division | Panama City Division |
|---|---|---|---|
| 401 SE 1st Avenue | 1 N. Palafox Street | 111 N. Adams Street | 30 W. Government Street |
| Gainesville, Florida 32601 | Pensacola, Florida 32502-5658 | Tallahassee, Florida 32301-7717 | Panama City, Florida 32401 |
| 352.380.2400 | 850.435.8440 | 850.521.3501 | 850.769.4556 |
| 352.380.2424 FAX | 850.433.5972 FAX | 850.521.3656 FAX | 850.769.7528 FAX |

**EXHIBIT "A"**

```
Court Name: U S DISTRICT COURT - AL/M
Division: 2
Receipt Number: 4602000713
Cashier ID: kalandra
Transaction Date: 10/11/2007
Payer Name: MCDONALD FLEMING MOORHEAD
--------------------------------------
PRO HOC VICE
 For: RAYMOND P. OLDACH, JR.
 Case/Party: D-ALM-A-TT-YF-EEFUND-001
 Amount:         $20.00
--------------------------------------
CHECK
 Check/Money Order Num: 22673
 Amt Tendered:   $20.00
--------------------------------------
Total Due:      $20.00
Total Tendered: $20.00
Change Amt:      $0.00
```

mphv-Raymond P. Oldach, Jr.

2:06-cv-00993-ID-SRW J

Johnco Materials, Inc. v. Conrad Yelvington Distributors, Inc.