# IN THE DISTRICT COURT OF THE UNITED STATES
# FOR THE MIDDLE DISTRICT OF ALABAMA
# NORTHERN DIVISION

| | |
|---|---|
| **JOHNCO MATERIALS, INC.,** | ) |
| | ) |
|    Plaintiff, | ) |
| | ) CIV. ACT. NO. 2:06cv993-ID |
| v. | ) |
| | ) |
| **CONRAD YELVINGTON** | ) |
| **DISTRIBUTORS, INC.,** | ) |
| | ) |
|    Defendant. | ) |

## ORDER

Upon CONSIDERATION of the motion for admission *pro hac vice* (Doc. No. 30), it is ORDERED that said motion be and the same is hereby GRANTED and that Raymond P. Oldach, Jr., Esquire, is hereby ADMITTED *pro hac vice* for the purpose of representing non-parties Ready Mix USA, Inc., and Ready Mix USA, LLC, which have filed a motion to quash Defendant's subpoena duces tecum.

DONE this 15th day of October, 2007.

                                   /s/ Ira DeMent
                                   SENIOR UNITED STATES DISTRICT JUDGE