IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| JOHNCO MATERIALS, INC., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CIVIL ACTION NO. 2:06CV993-ID |
| ) | |
| CONRAD YELVINGTON ) | |
| DISTRIBUTORS, INC., ) | |
| ) | |
| Defendant. ) | |

## **ORDER**

Upon consideration of the motion to quash filed by non-parties Ready Mix, U.S.A. Inc. and Ready Mix USA, LLC on October 11, 2007 (Doc. # 29), it is

ORDERED that the motion is GRANTED.[1]

DONE, this 16th day of October, 2007.

/s/ Susan Russ Walker
SUSAN RUSS WALKER
UNITED STATES MAGISTRATE JUDGE

---

[1] The court has not requested a response from the parties because it is apparent from the face of the subpoena at issue – which commands production of documents in Daytona Beach, Florida – that it should not have issued from this district. See Fed. R. Civ. P. 45(a)(2)(C)("A subpoena must issue . . . for production, inspection, copying, testing, or sampling, if separate from a subpoena commanding a person's attendance, from the court for the district where the production or inspection is to be made.").