IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| JOHNCO MATERIALS, INC., | ) | |
| | ) | |
| Plaintiff, | ) | CASE NO. |
| | ) | 2:06-CV-993-ID |
| v. | ) | |
| | ) | |
| CONRAD YELVINGTON | ) | |
| DISTRIBUTORS, INC., | ) | |
| | ) | |
| Defendant. | ) | |

ORDER

Before the court is a motion for partial summary judgment, filed by the defendant on October 15, 2007. (Doc. No. 32) The plaintiff is DIRECTED to file a response to said motion on or before October 30, 2007. The defendant may file a reply, if desired, on or before November 6, 2007. Thereafter, the defendant's motion for partial summary judgment, and all pleadings and evidence filed in support of or in opposition to said motion, shall be DEEMED submitted to the court.[1]

---

[1] This submission is **without oral argument**. Should the court determine that oral argument is necessary, a hearing will be scheduled. If the nonmoving party fails to respond, a final judgment may be entered without further notice or trial. See Fed. R. Civ. P. 56(e). **The moving party's evidence may be accepted as true if it is not contradicted by the opposing party**. Id. The contradiction must be supported by evidence which may include, but is not limited to, affidavits and depositions. Any evidence, and in particular deposition testimony, must be cited to **with specificity and particularity**. Id. If deposition testimony is submitted and relied upon, the parties shall direct the court to **specific testimony** which either does or does not "set forth specific facts showing that there is a genuine issue for trial." Id. Summary judgment may be granted for either party if the evidence filed with the court shows that there is no material

Pleadings submitted beyond the submission date will not be considered by the court absent compelling exigent circumstances.

It is further CONSIDERED and ORDERED that the defendant submit or mail a paper courtesy copy of its motion for partial summary judgment and accompanying exhibits (Doc. Nos. 32-33), on or before October 23, 2007, and that the plaintiff submit or mail a courtesy copy of its response and any accompanying exhibits on or before October 30, 2007.  The courtesy copies shall be submitted or mailed to the chambers of the undersigned, not to the clerk's office.

CONSIDERED and ORDERED this 16th day of October, 2007.

/s/ Ira DeMent
SENIOR UNITED STATES DISTRICT JUDGE

---

question of fact and that a party is entitled to judgment as a matter of law.  See Fed. R. Civ. P. 56.