IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA

| | |
|---|---|
| JOHNCO MATERIALS, INC., ) | |
| ) | |
|    Plaintiff, ) | |
| ) | Civil Action No. |
| vs. ) | 2:06cv993-ID |
| ) | |
| CONRAD YELVINGTON ) | |
| DISTRIBUTORS, INC., ) | |
| ) | |
|    Defendant. ) | |

## NOTICE CONCERNING SETTLEMENT CONFERENCE AND MEDIATION

Comes now Johnco Materials, Inc., the plaintiff in this cause, and, pursuant to this Court's Uniform Scheduling Order of January 12, 2007, states as follows:

1.    That counsel for all parties, together with principals of all parties, conducted a face-to-face settlement conference at the offices of counsel for the plaintiff in Tuscaloosa, Alabama, on Monday, October 29,

2007, at which counsel and parties engaged in good-faith settlement negotiations.

2.   That settlement was not reached at such settlement conference, but that counsel and parties are encouraged by the progress made at the conference.

3.   That counsel and parties feel that Monday's conference resulted in discussion of a number of options which the parties can explore and structure a possible future settlement, and that counsel and parties are committed to pursuing due diligence and a course of negotiation to see if settlement can be reached.

4.   That mediation may be of assistance in resolving this case short of trial if settlement within the framework cannot be achieved within the next thirty (30) days.

Respectfully submitted,

s/ H. Gregory Pearson
H. Gregory Pearson (ASB-4733-S81H)
Attorney For Plaintiff
email: greg@jphj.net


Charles E. Harrison (ASB-9408-N70C)
Attorney For Plaintiff
email: chuck@jphj.net

*OF COUNSEL:*

JUNKIN, PEARSON, HARRISON
    & JUNKIN, L.L.C.
601 Greensboro Avenue
Suite 600 Alston Place
Tuscaloosa, Alabama 35401
Telephone: (205) 366-0111
Telecopier: (205) 391-4780

**CERTIFICATE OF SERVICE**

Pursuant to FED.R.CIV.P. 5(e) and the Administrative Procedures For Filing, Signing, And Verifying Pleadings and Documents In The District Court Under the Case Management/Electronic Case Files (CM/ECF) System In Civil Cases [General Order No. 2:04-mc-3164], I do hereby certify that I have on this the 31st day of October 2007 electronically filed the foregoing Notice Concerning Settlement Conference And Mediation

with the Clerk of the Court by uploading same to the Court's CM/ECF web site at http://www.almd.uscourts.gov, which will send notification of such filing to the following:

> Charles A. Stewart III, Esq.
> Angela R. Rogers, Esq.
> BRADLEY ARANT ROSE & WHITE LLP
> The Alabama Center for Commerce
> 401 Adams Avenue, Suite 780
> Montgomery Alabama 36104
>
> Thomas J. Leek, Esq
> COBB & COLE
> 150 Magnolia Avenue
> Post Office Box 2491
> Daytona Beach, FL 32115-2491

and I hereby certify that I have mailed by United States Postal Service, properly addressed and first-class postage prepaid and affixed this document to the following non-CM/ECF participants:

> [none]

and additionally that I submit and mail a paper courtesy copy of this Response in Opposition and accompanying exhibits to the chambers of the Court, as directed in its Order of October 16, 2007.

*/s/ Charles E. Harrison*
Charles E. Harrison (ASB-9408-N70C)