IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| JOHNCO MATERIALS, INC., ) | |
| ) | |
| Plaintiff, ) | CASE NO. |
| ) | 2:06-CV-993-ID |
| v. ) | |
| ) | |
| CONRAD YELVINGTON ) | |
| DISTRIBUTORS, INC., ) | |
| ) | |
| Defendant. ) | |

ORDER

Upon CONSIDERATION of Plaintiff's motion to strike (Doc. No. 40), it is

ORDERED that Defendant show cause, if any there be, on or before November 16, 2007, why said motion should not be granted.

Done this 7th day of November, 2007.

/s/ Ira Dement
SENIOR UNITED STATES DISTRICT JUDGE