IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| JOHNCO MATERIALS, INC., | CASE NO.: CV-06-2:06CV993-ID |
| Plaintiff, | |
| vs. | |
| CONRAD YELVINGTON DISTRIBUTORS, INC., | |
| Defendant. | |

## MEMORANDUM IN OPPOSITION TO MOTION TO STRIKE

Pursuant to this Court's Order dated November 7, 2007 ("Order"), and in response to the Motion to Strike filed by plaintiff, Johnco Material, Inc. ("Johnco"), defendant, Conrad Yelvington Distributors, Inc. ("CYDI"), files this Memorandum in Opposition to Motion to Strike, and in support thereof states as follow:

Johnco moves to strike Defendant's Reply to Plaintiff's Response in Opposition to Defendant's Motion for Partial Summary Judgment ("Reply") citing CYDI's submission of evidence expressly in support of its Reply. In support thereof, Johnco cites the Court's restriction of filing evidence in support of dispositive motions set forth in the Uniform Scheduling Order. Such reliance is misplaced.

CYDI filed Defendant's Motion for Partial Summary Judgment on October 15, 2007. The Court directed Johnco to file a response, and permitted CYDI to reply to Johnco's response by November 6, 2007. Johnco responded accordingly, and submitted evidence purportedly rebutting the evidence cited by CYDI in Defendant's Motion for Partial Summary Judgment. In reply, CYDI responded and submitted evidence rebutting, or in most cases completing, the evidence submitted by Johnco. The need to rebut such evidentiary assertions as offered by Johnco in its Response to Defendant's Motion for

{034542-058 : TLEEK/TLEEK : 00537889.DOC; 1}

Partial Summary Judgment ("Response") was not, and would not have been, known to CYDI until Johnco's Response was filed.

Johnco suggests that submitting rebuttal evidence in the Reply is impermissible. However, submitting rebuttal evidence supports courts' express desire to limit discovery submitted to the court by allowing a movant to submit only so much discovery as is necessary to support the arguments put forth in the motion for summary judgment, and then to submit only so much discovery as is necessary to directly rebut the submissions of the nonmovant. Otherwise, a movant would be forced to submit all evidence that may, or potentially could, rebut the arguments it anticipates the nonmovant could make in response to the motion for summary judgment.

Johnco generally asserts that it is somehow "unfairly prejudiced" by the Court receiving evidence in the Reply, although without elaboration. Johnco does not claim that such evidence was unknown to it, or that Johnco was somehow unfairly surprised. Simply stated, Johnco's damage claims are significantly flawed, and Johnco seeks to strike the evidence before this Court to mask such flaws.

This Court's Order expressly permitted a Reply, and CYDI provided a Reply with only so much evidence as necessary to directly rebut the assertions made by Johnco in its Response. A rule to the contrary would encourage summary judgment movants to over submit discovery in an effort to anticipate all potential arguments a nonmovant may have. Further, the prejudice suffered would be that suffered by the Court by being asked to consider Defendant's Motion for Partial Summary Judgment without the evidence necessary to properly assess the Motion and the Response. CYDI respectfully requests the Court deny Johnco's Motion to Strike, and consider the evidence submitted by CYDI in support of its Reply.

*COBB & COLE*

By: ___/s/ Thomas J. Leek___
    THOMAS J. LEEK
    FLA. BAR NO. 0116408
    150 Magnolia Avenue
    Post Office Box 2491
    Daytona Beach, FL 32115-2491
    Telephone: (386) 255-8171
    Facsimile: (386) 323-9255
    E-mail: Tom.Leek@CobbCole.com
    CO-COUNSEL FOR DEFENDANT

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY I HEREBY CERTIFY that on the 15th day of November, 2007, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to:

H. Gregory Pearson, Esquire
Charles E. Harrison, Esquire
Junkin, Pearson, Harrison, & Junkin, L.L.C.
601 Greensboro Avenue
Suite 600, Alston Place
Tuscaloosa, AL 35401

Angela R. Rogers
Bradley Arant Rose & White LLP
The Alabama Center for Commerce
401 Adams Avenue, Suite 780
Montgomery, AL 36104

                    ___/s/ Thomas J. Leek___
                    Attorney