IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| JOHNCO MATERIALS, INC., | ) | |
| | ) | |
| Plaintiff, | ) | CASE NO. |
| | ) | 2:06-CV-993-ID |
| v. | ) | |
| | ) | |
| CONRAD YELVINGTON | ) | |
| DISTRIBUTORS, INC., | ) | |
| | ) | |
| Defendant. | ) | |

**ORDER**

Upon CONSIDERATION of Defendant's Conrad Yelvington Distributors, Inc.

Motion for Leave to File Amended Motion for Partial Summary Judgment as to Deposition

Citations Only (Doc. 42, filed November 15, 2007), it is ORDERED that said motion be and

the same is hereby GRANTED.

Done this 16th day of November, 2007.


/s/ Ira DeMent
SENIOR UNITED STATES DISTRICT JUDGE