IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| JOHNCO MATERIALS, INC., | ) | |
| | ) | |
| Plaintiff, | ) | CASE NO. |
| | ) | 2:06-CV-993-ID |
| v. | ) | |
| | ) | |
| CONRAD YELVINGTON DISTRIBUTORS, INC., | ) | |
| | ) | |
| Defendant. | ) | |

**ORDER**

Based upon the filing of Defendant Conrad Yelvington Distributors' Amended Motion for Partial Summary Judgment (Doc. No. 45), it is ORDERED that Defendant's Motion for Partial Summary Judgment (Doc. No. 32) be and the same is hereby DENIED as MOOT.

Done this 26th day of November, 2007.

/s/ Ira Dement
SENIOR UNITED STATES DISTRICT JUDGE