**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION**

| | | |
|---|---|---|
| **JOHNCO MATERIALS, INC.,** | * | |
| | * | |
| **Plaintiff,** | * | |
| | * | |
| v. | * | CASE NO: 2:06-cv-993-ID |
| | * | |
| **CONRAD YELVINGTON** | * | |
| **DISTRIBUTORS, INC.,** | * | |
| | * | |
| **Defendant.** | * | |

**NOTICE OF APPEARANCE**

Comes now George W. Walker, III, J. David Martin and Copeland, Franco, Screws & Gill, P.A. and enters their Notice of Appearance on behalf of Conrad Yelvington Distributors, Inc.

/s  J. David Martin
George W. Walker, III (ABS-8497-A42G)
J. David Martin (ABS-7387-A54J)
Copeland, Franco, Screws & Gill, P.A.
444 South Perry Street (36104)
Post Office Box 347
Montgomery, Alabama 36101-0347
Telephone:    (334) 834-1180
Facsimile:    (334) 834-3172
Email: walker@copelandfranco.com
Email: martin@copelandfranco.com

**CERTIFICATE OF SERVICE**

I hereby certify that on 29th of November, 2007, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

- **Charles E. Harrison**
  chuck@jphj.net,krista@jphj.net
- **Thomas J Leek**
  Thomas.Leek@CobbCole.com,Kathy.Weston@CobbCole.com,lisa.parkerjones@CobbCole.com,Kathy.Schell@CobbCole.com
- **Harold Gregory Pearson**
  hgpearson@bellsouth.net,andrea@jphj.net
- **Angela Raines Rogers**
  arogers@bradleyarant.com,kcastleberry@bradleyarant.com,amidkiff@bradleyarant.com
- **Charles Andrew Stewart , III**
  cstewart@bradleyarant.com,kcastleberry@bradleyarant.com,amidkiff@bradleyarant.com

/s  J. David Martin
Of Counsel