IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA

| | | |
|---|---|---|
| **JOHNCO MATERIALS, INC.,** | * | |
| | * | |
| Plaintiff, | * | |
| | * | |
| vs. | * | CASE NO. CV-06-2:06CV993-10 |
| | * | |
| **CONRAD YELVINGTON** | * | |
| **DISTRIBUTORS, INC.,** | * | |
| | * | |
| Defendant. | * | |

## MOTION TO WITHDRAW

Charles A. Stewart III and Angela R. Rogers move this Court to allow them to withdraw as counsel for Defendant Conrad Yelvington Distributors, Inc. In support of this motion, they state that Bradley Arant Rose & White LLP no longer represents Conrad Yelvington Distributors, Inc., in this action and that James David Martin and George Walton Walker III of Copeland, Franco, Screws & Gill will provide the defense to Conrad Yelvington Distributors, Inc., in the future.

**WHEREFORE**, premises considered, Charles A. Stewart III and Angela R. Rogers move this Court for an Order granting this Motion to Withdraw.

Respectfully submitted,

s/ Angela R. Rogers
Charles A. Stewart III (STE067)
Angela R. Rogers (RAI017)
**Bradley Arant Rose & White LLP**
Alabama Center for Commerce
401 Adams Avenue, Ste. 780
Montgomery, AL 36104
Telephone: (334) 956-7700
Facsimile: (334) 956-7701

**Attorneys for Conrad Yelvington Distributors, Inc.**

1/1640775.1

OF COUNSEL:

Thomas J. Leek, Esquire
Cobb & Cole
FL BAR NO. 0116408
150 Magnolia Avenue
Post Office Box 2491
Daytona Beach, FL 32115-2491

## **CERTIFICATE OF SERVICE**

     I hereby certify that on the 30th day of November, 2007, I filed the foregoing with the Clerk of the Court using the Alafile system, which will send notification of such filing to the following:

        H. Gregory Pearson, Esquire
        Charles E. Harrison, Esquire
        Junkin, Pearson, Harrison, & Junkin, L.L.C.
        601 Greensboro Avenue
        Suite 600, Alston Place
        Tuscaloosa, AL 35401

        James David Martin
        George Walton Walker , III
        444 South Perry Street
        Post Office Box 347
        Montgomery, Alabama 36101-0347

and I hereby certify that I have mailed by United States Postal Service the document to the following non Alafile participants: None.

                                    /s/ Angela R. Rogers
                                    OF COUNSEL