IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| JOHNCO MATERIALS, INC., )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>CONRAD YELVINGTON )<br>DISTRIBUTORS, INC., )<br>)<br>Defendant. ) | CASE NO.<br>2:06-CV-993-ID |

**ORDER**

Upon CONSIDERATION of the Motion to Withdraw filed by Charles A. Stewart III, and Angela R. Rogers (Doc. 48, November 30, 2007), it is ORDERED that said motion be and the same is hereby GRANTED.

Done this 3rd day of December, 2007.

/s/ Ira DeMent
SENIOR UNITED STATES DISTRICT JUDGE