IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| JOHNCO MATERIALS, INC., | ) |
| | ) |
|     Plaintiff, | ) |
| | ) |
| v. | )   CIVIL ACTION NO. 2:06CV993-ID |
| | ) |
| CONRAD YELVINGTON | ) |
| DISTRIBUTORS, INC., | ) |
| | ) |
|     Defendant. | ) |

## **ORDER**

Upon consideration of plaintiff's motion to quash (Doc. # 52), filed December 13, 2007, and for good cause, it is

ORDERED that defendants shall file a response to the motion on or before December 18, 2007.

DONE, this 14th day of December, 2007.

                                        /s/ Susan Russ Walker
                                        SUSAN RUSS WALKER
                                        UNITED STATES MAGISTRATE JUDGE