IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| JOHNCO MATERIALS, INC., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CIVIL ACTION NO. 2:06CV993-ID |
| | ) | |
| CONRAD YELVINGTON | ) | |
| DISTRIBUTORS, INC., | ) | |
| | ) | |
| Defendant. | ) | |

## **ORDER**

Upon consideration of defendant's motion for enlargement of time and motion to compel  (Doc. # 55), filed December 19, 2007, and for good cause, it is

ORDERED that the motion for enlargement of time is GRANTED to the extent that defendant may depose plaintiff's 30(b)(6) representative on or before January 15, 2008.

It is further ORDERED that the plaintiff shall respond to the motion to compel on or before December 28, 2007.

DONE, this 21st day of December, 2007.

/s/ Susan Russ Walker
SUSAN RUSS WALKER
UNITED STATES MAGISTRATE JUDGE