IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DISTRICT

JOHNCO MATERIALS, INC.,   CASE NO.: CV-06-2:06CV993-ID-SRW

    Plaintiff,

vs.

CONRAD YELVINGTON
DISTRIBUTORS, INC.,

    Defendant.
_____/

**DEFENDANT, CONRAD YELVINGTON DISTRIBUTORS, INC.,
MOTION TO COMPEL PRODUCTION OF DOCUMENTS BY NON-PARTIES**

    Defendant, CONRAD YELVINGTON DISTRIBUTORS, INC. ("CYDI"), moves the Court pursuant to Fed.R.Civ.P. 45(e) for an Order compelling the following non-parties to produce the documents requested in the subpoenas duces tecum served upon them: M&B Railroad, LLC, and Scott Callen Sand & Gravel.

    1.    On or about July 13, 2007, CYDI served by hand delivery a subpoena for the production of documents upon **M&B Railroad, LLC** ("M&B"), located in Montgomery, Alabama. Copies of the subpoena and affidavit of service are attached hereto as Composite Exhibit "A."

    2.    M&B has failed to object to the subpoena or otherwise respond in writing. General Counsel for Genesee & Wyoming, Inc., the parent company of M&B, has verbally advised CYDI that she is aware of one responsive document, which contains a confidentiality clause, but she refused to produce this document to CYDI.

    3.    On or about September 28, 2007, CYDI served by hand delivery a subpoena for the production of documents upon **Scott Callen Sand & Gravel** ("Callen"),

1

located in Lowndesboro, Alabama. Copies of the subpoena and affidavit of service are attached hereto as Composite Exhibit "B."

4. Callen has not objected to the subpoena or responded to the subpoena, in writing or otherwise.

5. By failing to respond to the respective subpoenas in writing, M&B and Callen have waived their objections to the respective subpoenas, pursuant to Rule 45(c)(3), Fed.R.Civ.P.

WHEREFORE, CYDI respectfully requests that the Court enter an Order compelling M&B Railroad, LLC, and Scott Callen Sand & Gravel to produce all documents identified in the respective subpoena within ten (10) days and granting such further relief as the Court deems just and proper.

*COBB & COLE*

 /s/ Thomas J. Leek
THOMAS J. LEEK
FLA. BAR NO. 0116408
150 Magnolia Avenue
Post Office Box 2491
Daytona Beach, FL 32115-2491
Telephone: (386) 255-8171
Facsimile: (386) 323-9255
E-mail: Tom.Leek@CobbCole.com
CO-COUNSEL FOR DEFENDANT

2

## CERTIFICATE OF SERVICE

  I HEREBY CERTIFY that on the 24th day of December, 2007, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to the following CM/ECF participants and served by U.S Mail on the 26th day of December, 2007, a copy of the foregoing on the following non-CM/ECF participants:

H. Gregory Pearson, Esquire
Charles E. Harrison, Esquire
Junkin, Pearson, Harrison, & Junkin, L.L.C.
601 Greensboro Avenue
Suite 600, Alston Place
Tuscaloosa, AL 35401

J. David Martin, Esquire
Copeland, Franco, Screws & Gill, P.A.
444 South Perry Street (36104)
Post Office Box 347
Montgomery, AL  36101

M&B Railroad, LLC
530 Pugh Street
Montgomery, AL 36104

Scott Callen Sand & Gravel
879 Highway 80 East
Lowndesboro, AL 36752

               /s/ Thomas J. Leek
                 Attorney

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA

JOHNCO MATERIALS, INC.,         CASE NO.: CV-06-2:06CV993-10

    Plaintiff,

vs.

CONRAD YELVINGTON
DISTRIBUTORS, INC.,

    Defendant.     /

## NOTICE OF SERVICE OF
## REQUEST FOR PRODUCTION OF DOCUMENTS TO NON-PARTY

TO:     **JOHNCO MATERIALS, INC.**
           c/o H. Gregory Pearson, Esquire
           Junkin, Pearson, Harrison, & Junkin, L.L.C.
           Alston Place, Suite 600
           601 Greensboro Avenue
           Tuscaloosa, AL 35401

       Pursuant to Rules 34(c) and 45, Fed.R.Civ.P. YOU ARE NOTIFIED that the undersigned intends to issue Subpoenas for Non-Party Production of Documents to produce the documents and items specified in the subpoenas, which are attached hereto and made a part hereof, to the each of the following records custodians, none of whom are a party to this action: M & B Railroad, LLC, and West Alabama Bank & Trust.

C/O John Hamm

EXECUTED BY SERVING A COPY
OF THE WITHIN
M+B Railroad
LLC
This the 13 day of July 07
D. T. Marshall, Sheriff Montgomery County
By_____
      Deputy Sheriff

**Cobb & Cole**

_____
THOMAS J. LEEK
FLA. BAR NO. 0116408
150 Magnolia Avenue
Daytona Beach, FL 32114
Telephone: (386) 255-8171
Facsimile: (386) 323-9255
CO-COUNSEL FOR DEFENDANT

cc: Angela R. Rogers of Bradley Arant Rose & White LLP

034542-058 : ASPAN/ASPAN : 00525477.WPD; 1

**EXHIBIT A**

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA

JOHNCO MATERIALS, INC.,    CASE NO.: CV-06-2:06CV993-10

    Plaintiff,

vs.

CONRAD YELVINGTON
DISTRIBUTORS, INC.,

    Defendant.
_____/

### SUBPOENA FOR NON-PARTY PRODUCTION OF DOCUMENTS

TO:   M & B RAILROAD, LLC
       530 Pugh Street
       Montgomery, AL 36104

____ **YOU ARE COMMANDED** to appear in the United States District Court at the place, date, and time specified below to testify in the above case.

| PLACE OF TESTIMONY | COURTROOM |
|---|---|
|  | DATE AND TIME |

____ **YOU ARE COMMANDED** to appear at the place, date, and time specified below to testify at the taking of a deposition in the above case.

| PLACE OF DEPOSITION | DATE AND TIME |
|---|---|

__X__ **YOU ARE COMMANDED** to produce and permit inspection and copying of the following documents or objects at the place, date, and time specified below, regarding the above captioned matter:

SEE ATTACHMENT A

| PLACE<br>Thomas J. Leek, Esq., Cobb & Cole,<br>150 Magnolia Avenue, Daytona Beach, FL 32114 | DATE AND TIME<br>August 8, 2007<br>at 9:00 a.m. |
|---|---|

034542-058 : ASPAN/ASPAN : 00520322.WPD; 2

| _____ YOU ARE COMMANDED to permit inspection of the following premises at the date and time specified below. | |
|---|---|
| PREMISES | DATE AND TIME |

Any organization not a party to this suit that is subpoenaed for the taking of a deposition shall designate one or more officers, directors, or managing agents, or other persons who consent to testify on its behalf, and may set forth, for each person designated, the matters on which the person will testify. Federal Rules of Civil Procedure, 30(b)(6).

| ISSUING OFFICER SIGNATURE AND TITLE (INDICATE IF ATTORNEY FOR PLAINTIFF OR DEFENDANT) <br><br> *[signature]* <br><br> **Attorney for Defendant** | DATE <br><br> 7/3/07 |
|---|---|

ISSUING OFFICER'S NAME, ADDRESS, AND PHONE NUMBER
**Thomas J. Leek, Esquire**
**Cobb & Cole, 150 Magnolia Avenue, Daytona Beach, FL 32115**
**Telephone 386-323-9210**

# ATTACHMENT A

1. Any and all documents that in any way pertain to Johnco Materials, Inc., including but not limited to documents in the possession or control of Doug Davis, or M & B Railroad, any and all notes, memoranda, electronic mail or correspondence written or received by you or M & B Railroad, relating to the construction of a railroad spur for Johnco Materials, Inc. This request is limited to the time period of January 1, 2002, to the present time.

AFFIDAVIT OF SERVICE

STATE OF ALABAMA )

MONTGOMERY COUNTY )

THE MONTGOMERY COUNTY SHERIFF'S OFFICE OF MONTGOMERY COUNTY, ALABAMA,

RECEIVED WRIT AT _____ M. ON THE \_\_\_\_\_ DAY OF \_\_\_\_\_, 20\_\_ , AND

SERVED IT ON THE DEFENDANT

AT _____ M. ON THE  13TH  DAY OF  JULY, 2007

( ) I HAVE THIS DAY SERVED THE DEFENDANT PERSONALLY WITH A COPY OF THE WITHIN ACTION AND SUMMONS.

( ) I HAVE THIS DAY SERVED THE DEFENDANT BY LEAVING A COPY OF THE ACTION AND SUMMONS AT HIS MOST NOTORIOUS PLACE OF ABODE IN THIS COUNTY.

( ) DELIVERED SAME INTO HANDS OF _____ DOMICILED AT RESIDENCE.

(X) SERVED THE DEFENDANT
 M & B RAILROAD, LLC _____ A CORPORATION BY
   LEAVING A COPY OF THE WITHIN ACTION AND SUMMONS WITH
 JOHN HAMM _____ IN CHARGE OF
THE OFFICE AND PLACE OF DOING BUSINESS OF SAID CORPORATION IN THIS COUNTY.

( ) DILIGENT SEARCH MADE AND DEFENDANT NOT TO BE FOUND IN THE JURISDICTION OF THIS COURT.

_[signature]_
DEPUTY
MONTGOMERY COUNTY, ALABAMA

SWORN TO AND SUBSCRIBED BEFORE ME THIS  17  DAY OF  July, 2007

_[signature]_ La Nita A. Cook
NOTARY PUBLIC-
MY COMMISSION EXPIRES:  6/6/2011

2514

SHERIFF'S OFFICE
MONTGOMERY COUNTY

Montgomery, AL _____ 1/6 20 07

Case No. _____

$ 25.00

RECEIVED OF _George Nelson_____
_____ Dollars

COURT _3 VII_____

_George Nelson_____ vs. _Leonard Nelson Jr_____
_Swim & B Railroad_____   _J Marshall_____
                                 _J Nelson_____

                                 _____ Sheriff
                                 _____ Bookkeeper

SHERIFF - 125-081

CASE NO-CV-06-2:06CV993-10

≈AO 440 (Rev. 8/01) Summons in a Civil Action

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me<sup>(1)</sup> | 9-28-2007 |

| NAME OF SERVER (PRINT) | TITLE |
|---|---|
| Christopher Manning | Process Server |

*Check one box below to indicate appropriate method of service*

☒ Served personally upon the defendant. Place where served: Scott Callen Sand & Gravel  879 Highway 80 East  Lowndesboro, Alabama 36752

Served Scott Callen

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☐ Other (specify):

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL $0.00 |
|---|---|---|

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  9-28-2007
               Date

Signature of Server: Christopher Manning

Address of Server: 115 Higginbotham Rd Empire Alabama 35063

Melissa C Bradley
MCB 12-13-2010

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

EXHIBIT B

Issued by the
UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA

| | |
|---|---|
| JOHNCO MATERIALS, INC., | SUBPOENA IN A CIVIL CASE |
| Plaintiff, | CASE NO.: CV-06-2:06CV993-10 |
| vs. | |
| CONRAD YELVINGTON DISTRIBUTORS, INC., | |
| Defendant. | |

TO: Scott Callen Sand & Gravel
Attn: Scott Callen
879 Highway 80 East
Lowndesboro, AL 36752

____ **YOU ARE COMMANDED** to appear in the United States District Court at the place, date, and time specified below to testify in the above case.

| PLACE OF TESTIMONY | COURTROOM |
|---|---|
| | |
| | DATE AND TIME |
| | |

____ **YOU ARE COMMANDED** to appear at the place, date, and time specified below to testify at the taking of a deposition in the above case.

| PLACE OF DEPOSITION | DATE AND TIME |
|---|---|
| | |

__X__ **YOU ARE COMMANDED** to produce and permit inspection and copying of the following documents or objects at the place, date, and time specified below

**SEE ATTACHED EXHIBIT "A"**

| PLACE | DATE AND TIME |
|---|---|
| Cobb & Cole, 150 Magnolia Avenue, Daytona Beach, Florida 32115. | October 17, 2007 at 10:00 a.m. |

**YOU ARE COMMANDED** to permit inspection of the following premises at the date and time specified below.

| PREMISES | DATE AND TIME |
|---|---|
| | |

Any organization not a party to this suit that is subpoenaed for the taking of a deposition shall designate one or more officers, directors, or managing agents, or other persons who consent to testify on its behalf, and may set forth, for each person designated, the matters on which the person will testify. Federal Rules of Civil Procedure, 30(b)(6).

{034542-058 : KKOBY/KKOBY : 00531013.WPD; 1}

| ISSUING OFFICER SIGNATURE AND TITLE (INDICATE IF ATTORNEY FOR PLAINTIFF OR DEFENDANT) | DATE |
|---|---|
| [signature], Attorney for defendants | September 17, 2007 |
| ISSUING OFFICER'S NAME, ADDRESS, AND PHONE NUMBER | |
| Thomas J. Leek, Esquire, Cobb & Cole, P.O. Box 2491, Daytona Beach, FL 32115; Telephone 386-323-9210 | |

## PROOF OF SERVICE

DATE _____    PLACE _____

SERVED

Served on (print name): _____
Manner of service: _____

Served by (print name): _____
Title: _____

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Proof of Service is true and correct.

Executed on _____

_____
Signature of Server

_____
Address of Server

---

Rule 45, Federal Rules of Civil Procedure, Parts C & D:

(c) PROTECTION OF PERSONS SUBJECT TO SUBPOENAS.
  (1) A party or an attorney responsible for the issuance and service of a subpoena shall take reasonable steps to avoid imposing undue burden or expense on a person subject to that subpoena. The court on behalf of which the subpoena was issued shall enforce this duty and impose upon the party or attorney in breach of this duty an appropriate sanction, which may include, but is not limited to, lost earnings and a reasonable attorney's fee.
  (2) (A) A person commanded to produce and permit inspection and copying of designated books, papers, documents or tangible things, or inspection of premises need not appear in person at the place of production or inspection unless commanded to appear for deposition, hearing or trial.
  (B) Subject to paragraph (d)(2) of this rule, a person commanded to produce and permit inspection and copying may, within 14 days after service of the subpoena or before the time specified for compliance if such time is less than 14 days after service, serve upon the party or attorney designated in the subpoena written objection to inspection or copying of any or all of the designated materials or of the premises. If objection is made, the party serving the subpoena shall not be entitled to inspect and copy the materials or inspect the premises except pursuant to an order of the court by which the subpoena was issued. If objection has been made, the party serving the subpoena may, upon notice to the person commanded to produce, move at any time for an order to compel the production. Such an order to compel production shall protect any person who is not a party or an officer of a party from significant expense resulting from the inspection and copying commanded.
  (3) (A) On timely motion, the court by which a subpoena was issued shall quash or modify the subpoena if it
    (i) fails to allow reasonable time for compliance;
    (ii) requires a person who is not a party or an officer of a party to travel to a place more than 100 miles from the place where that person resides, is employed or regularly transacts business in person, except that, subject to the provisions of clause (c)(3)(B)(iii) of this rule, such a person may in order to attend trial be commanded to travel from any such place within the state in which the trial is held, or
    (iii) requires disclosure of privileged or other protected matter and no exception or waiver applies, or
    (iv) subjects a person to undue burden.
  (B) If a subpoena
    (i) requires disclosure of a trade secret or other confidential research, development, or commercial information, or
    (ii) requires disclosure of an unretained expert's opinion or information not describing specific events or occurrences in dispute and resulting from the expert's study made not at the request of any party, or
    (iii) requires a person who is not a party or an officer of a party to incur substantial expense to travel more than 100 miles to attend trial, the court may, to protect a person subject to or affected by the subpoena, quash or modify the subpoena or, if the parry in whose behalf the subpoena is issued shows a substantial need for the testimony or material that cannot be otherwise met without undue hardship and assures that the person to whom the subpoena is addressed will be reasonably compensated, the court may order appearance or production only upon specified conditions.
(d) DUTIES IN RESPONDING TO SUBPOENA.
  (1) A person responding to a subpoena to produce documents shall produce them as they are kept in the usual course of business or shall organize and label them to correspond with the categories in the demand.
  (2) When information subject to a subpoena is withheld on a claim that it is privileged or subject to protection as trial preparation materials, the claim shall be made expressly and shall be supported by a description of the nature of the documents, communications, or things not produced that is sufficient to enable the demanding party to contest the claim.

{034542-058 : KKOBY/KKOBY : 00531013.WPD; 1}

## Exhibit A

Any and all documents related to Johnco Materials, Inc. or to the gravel mining facility located in Whitehall, Alabama, currently owned and operated by Johnco Materials, Inc., including without limitation any documents related to the purchase of No. 67 gravel, or any by-product, from Johnco Materials, Inc.

{034542-058 : KKOBY/KKOBY : 00531013.WPD; 1}