IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| JOHNCO MATERIALS, INC., | ) |
| | ) |
|     Plaintiff, | ) |
| | ) |
| v. | )   CIVIL ACTION NO. 2:06CV993-ID |
| | ) |
| CONRAD YELVINGTON DISTRIBUTORS, INC., | ) |
| | ) |
|     Defendant. | ) |

## **ORDER**

Upon consideration of defendant's motion for leave to file reply (Doc. # 59), it is

ORDERED that the motion is GRANTED. Defendant may file its reply on or before December 31, 2007.

Done, this 27th day of December, 2007.

                        /s/ Susan Russ Walker
                        SUSAN RUSS WALKER
                        UNITED STATES MAGISTRATE JUDGE