IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| JOHNCO MATERIALS, INC., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CIVIL ACTION NO. 2:06CV993-ID |
| | ) | |
| CONRAD YELVINGTON DISTRIBUTORS, INC., | ) ) | |
| | ) | |
| Defendant. | ) | |

## **ORDER**

Upon consideration of plaintiff's amended motion to quash (Doc. # 52), filed December 13, 2007 and defendant's response (Doc. # 54), filed December 18, 2007; Defendant's motion to compel (Doc. # 55), filed December 19, 2007, plaintiff's response (Doc. # 58) and defendant's reply (Doc. # 61), filed December 31, 2007, and for good cause, it is

ORDERED that a telephone conference call is scheduled for 2:00 p.m. on January 10, 2008. Counsel for the plaintiff is DIRECTED to set up the telephone conference call.

DONE, this 4th day of January, 2008.

/s/ Susan Russ Walker
SUSAN RUSS WALKER
UNITED STATES MAGISTRATE JUDGE