# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF ALABAMA

| | |
|---|---|
| JOHNCO MATERIALS, INC., ) | |
| ) | |
| Plaintiff, ) | |
| ) | Civil Action No. |
| vs. ) | 2:06cv993-ID |
| ) | |
| CONRAD YELVINGTON ) | |
| DISTRIBUTORS, INC., ) | |
| ) | |
| Defendant. ) | |

## PLAINTIFF'S WITHDRAWAL OF OPPOSITION
## TO MOTION AND OBJECTION TO SUBPOENA

Comes now Johnco Materials, Inc. ("Johnco"), the plaintiff in the above-styled cause, and withdraws its opposition [Doc. 58] to the motions of the defendant Conrad Yelvington Distributors, Inc. ("CYDI") to compel the taking of depositions of certain non-parties beyond the time permitted by the Court's scheduling order and to compel the deposition of Johnco's Corporate Representative [Doc. 55], as well as its objection and Motion to Quash [Doc. 52] issuance of that certain Subpoena In A Civil Case, notice of intent as to which was provided on or about the 3rd day of December 2007.

Respectfully submitted,


s/ H. Gregory Pearson
H. Gregory Pearson (ASB-4733-S81H)
Attorney For Plaintiff
email: greg@jphj.net


Charles E. Harrison (ASB-9408-N70C)
Attorney For Plaintiff
email: chuck@jphj.net

*OF COUNSEL:*

JUNKIN, PEARSON, HARRISON
   & JUNKIN, L.L.C.
601 Greensboro Avenue
Suite 600 Alston Place
Tuscaloosa, Alabama 35401
Telephone: (205) 366-0111
Telecopier: (205) 391-4780

**CERTIFICATE OF SERVICE**

Pursuant to FED.R.CIV.P. 5(e) and the Administrative Procedures For Filing, Signing, And Verifying Pleadings and Documents In The District Court Under the Case Management/Electronic Case Files (CM/ECF) System In Civil Cases [General Order No. 2:04-mc-3164], I do hereby certify that I have electronically filed the foregoing Withdrawal of Opposition and Objection with the Clerk of the Court by uploading same to the Court's CM/ECF web site at http://www/almd.uscourts.gov, which will send notification of such filing to the following:

> Thomas J. Leek, Esq
> COBB & COLE
> Post Office Box 2491
> Daytona Beach, FL 32115-2491
>
> George Walker III, Esq.
> David Martin, Esq.
> COPELAND, FRANCO, SCREWS
>    & GILL, P.A.
> 444 S. Perry St.
> Montgomery, Alabama 36101-0347

and I hereby certify that I have mailed by United States Postal Service, properly addressed and first-class postage prepaid and affixed this document to the following non-CM/ECF participants:

> [none]

This the 8th day of January 2008.

/s/ Charles E. Harrison
Charles E. Harrison (ASB-9408-N70C)

3