IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| JOHNCO MATERIALS, INC., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CIVIL ACTION NO. 2:06CV993-ID |
| | ) | |
| CONRAD YELVINGTON | ) | |
| DISTRIBUTORS, INC., | ) | |
| | ) | |
| Defendant. | ) | |

## **ORDER**

Upon consideration of defendant's amended motion to compel (Doc. # 63), filed January 3, 2008, and for good cause, it is

ORDERED that the non parties file a response to the motion on or before January 18, 2008.

The Clerk of the Court is DIRECTED to serve a copy of this order on all counsel of record as well as non-parties, M & B Railroad, LLC and Scott Callen Sand and Gravel at the addresses listed on the subpoenas attached to document # 63.

Done, this 8th day of January, 2008.

/s/ Susan Russ Walker
SUSAN RUSS WALKER
UNITED STATES MAGISTRATE JUDGE