IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| JOHNCO MATERIALS, INC., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CIVIL ACTION NO. 2:06CV993-ID |
| | ) | |
| CONRAD YELVINGTON DISTRIBUTORS, INC., | ) | |
| | ) | |
| Defendant. | ) | |

## **ORDER**

Upon consideration of the plaintiff's withdrawal of opposition to motion and objection to subpoena (Doc # 65), which the court construes as a motion to withdraw the motion to quash, and for good cause, it is

ORDERED that the motion to withdraw is GRANTED. The Clerk is DIRECTED to terminate plaintiff's amended motion to quash (Doc. # 52).

It is further ORDERED that defendant's motion to compel deposition of plaintiff's Rule 30(b)(6) representative (Doc. # 55), filed December 19, 2007, is DENIED as MOOT.

It is further ORDERED that the telephone conference presently set for 2:00 p.m. on January 10, 2008 is hereby CANCELLED.

DONE, this 9th day of January, 2008.

/s/ Susan Russ Walker
SUSAN RUSS WALKER
UNITED STATES MAGISTRATE JUDGE