IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DISTRICT

JOHNCO MATERIALS, INC.,    CASE NO.: CV-06-2:06CV993-ID-SRW

    Plaintiff,

vs.

CONRAD YELVINGTON
DISTRIBUTORS, INC.,

    Defendant.
_____/

**DEFENDANT, CONRAD YELVINGTON DISTRIBUTORS, INC.,
NOTICE OF WITHDRAWAL OF AMENDED MOTION TO COMPEL AS TO
NON-PARTY, SCOTT CALLEN SAND & GRAVEL**

Defendant, CONRAD YELVINGTON DISTRIBUTORS, INC. ("CYDI"), hereby withdraws its Amended Motion to Compel as to Scott Callen Sand & Gravel ("Scott Callen") only and states as follows:

1. On or about January 3, 2008, CYDI filed its Amended Motion to Compel Production of Documents by Non-Parties (the "Motion," Dkt. 63).

2. On or about Friday, January 11, 2007, Scott Callen responded to the subpoena served on it on or about September 28, 2007, thus addressing all issues pending in the Motion as to Scott Callen.

3. The Motion remains pending as to non-party, M&B Railroad, LLC.

1

{034542-058 : KWEST/KWEST : 00542428.DOC; 1}

Cobb Cole

/s/ Thomas J. Leek
THOMAS J. LEEK
FLA. BAR NO. 0116408
150 Magnolia Avenue
Post Office Box 2491
Daytona Beach, FL 32115-2491
Telephone: (386) 255-8171
Facsimile: (386) 323-9255
E-mail: Tom.Leek@CobbCole.com
CO-COUNSEL FOR DEFENDANT

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on the 14th day of January, 2008, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to the following CM/ECF participants and served by U.S Mail a copy of the foregoing on the following non-CM/ECF participants:

H. Gregory Pearson, Esquire
Charles E. Harrison, Esquire
Junkin, Pearson, Harrison, & Junkin, L.L.C.
601 Greensboro Avenue
Suite 600, Alston Place
Tuscaloosa, AL 35401

J. David Martin, Esquire
Copeland, Franco, Screws & Gill, P.A.
444 South Perry Street (36104)
Post Office Box 347
Montgomery, AL 36101

Scott Callen Sand & Gravel
879 Highway 80 East
Lowndesboro, AL 36752

/s/ Thomas J. Leek

{034542-058 : KWEST/KWEST : 00542428.DOC; 1}