IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| JOHNCO MATERIALS, INC., | ) |
| | ) |
|     Plaintiff, | ) |
| | ) |
| v. | )   CIVIL ACTION NO. 2:06CV993-ID |
| | ) |
| CONRAD YELVINGTON DISTRIBUTORS, INC., | ) |
| | ) |
|     Defendant. | ) |

## **ORDER**

Upon consideration of defendant's notice of withdrawal of amended motion to compel, which the court construes as a motion to withdraw defendant's motion (Doc. # 68), filed January 14, 2008, and for good cause, it is

ORDERED that the motion be and hereby is GRANTED. The Clerk of the Court is DIRECTED to terminate the amended motion to compel (Doc. # 63) as to non-party Scott Callen Sand & Gravel only. The motion as to M & B Railroad remains pending.

DONE, this 16th day of January, 2008.

/s/ Susan Russ Walker
SUSAN RUSS WALKER
UNITED STATES MAGISTRATE JUDGE