IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DISTRICT

JOHNCO MATERIALS, INC.,    CASE NO.: CV-06-2:06CV993-ID-SRW

    Plaintiff,

vs.

CONRAD YELVINGTON
DISTRIBUTORS, INC.,

    Defendant.

_____/

### DEFENDANT, CONRAD YELVINGTON DISTRIBUTORS, INC., MOTION TO WITHDRAW AMENDED MOTION TO COMPEL

Defendant, CONRAD YELVINGTON DISTRIBUTORS, INC. ("CYDI"), hereby moves to withdraw its Amended Motion to Compel as to M&B Railroad ("M&B") and states as follows:

1. On or about January 3, 2008, CYDI filed its Amended Motion to Compel Production of Documents by Non-Parties (the "Motion," Dkt. 63).

2. On or about Wednesday, January 16, 2008, M&B responded to the subpoena served on it, thus addressing all issues pending in the Motion as to M&B.

3. As all issues have now been resolved, and CYDI desires to withdraw the Motion.

{034542-058 : KWEST/KWEST : 00542693.DOC; 1}

Cobb Cole

/s/ Thomas J. Leek
THOMAS J. LEEK
FLA. BAR NO. 0116408
150 Magnolia Avenue
Post Office Box 2491
Daytona Beach, FL 32115-2491
Telephone: (386) 255-8171
Facsimile: (386) 323-9255
E-mail: Tom.Leek@CobbCole.com
CO-COUNSEL FOR DEFENDANT

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on the 17th day of January, 2008, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to the following CM/ECF participants and served by U.S Mail and Electronic Mail a copy of the foregoing on the following non-CM/ECF participants:

H. Gregory Pearson, Esquire
Charles E. Harrison, Esquire
Junkin, Pearson, Harrison, & Junkin, L.L.C.
601 Greensboro Avenue
Suite 600, Alston Place
Tuscaloosa, AL 35401

J. David Martin, Esquire
Copeland, Franco, Screws & Gill, P.A.
444 South Perry Street (36104)
Post Office Box 347
Montgomery, AL 36101

Meridian & Bigbee Railroad, LLC
c/o Allison M. Fergus, Esq.
4337 Pablo Oaks Court, Suite 102
Jacksonville, FL 32224
E-mail: afergus@mbrr.com

/s/ Thomas J. Leek