IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DISTRICT

JOHNCO MATERIALS, INC.,   CASE NO.: CV-06-2:06CV993-ID-SRW

    Plaintiff,

vs.

CONRAD YELVINGTON
DISTRIBUTORS, INC.,

    Defendant.
_____/

**DEFENDANT, CONRAD YELVINGTON DISTRIBUTORS, INC.,
MOTION TO WITHDRAW AMENDED MOTION TO COMPEL**

Defendant, CONRAD YELVINGTON DISTRIBUTORS, INC. ("CYDI"), hereby moves to withdraw its Amended Motion to Compel as to M&B Railroad ("M&B") and states as follows:

1. On or about January 3, 2008, CYDI filed its Amended Motion to Compel Production of Documents by Non-Parties (the "Motion," Dkt. 63).

2. On or about Wednesday, January 16, 2008, M&B responded to the subpoena served on it, thus addressing all issues pending in the Motion as to M&B.

3. As all issues have now been resolved, and CYDI desires to withdraw the Motion.

**MOTION GRANTED**

THIS 17th DAY OF January, 20 08

_____
**UNITED STATES MAGISTRATE JUDGE**

1

{034542-058 : KWEST/KWEST : 00542693.DOC; 1}