IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| JOHNCO MATERIALS, INC., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CIVIL ACTION NO.2:06cv993-ID |
| ) | |
| CONRAD YELVINGTON ) | |
| DISTRIBUTORS, INC., ) | |
| ) | |
| Defendant. ) | |

## **ORDER**

Upon consideration of the defendant's motion to compel production of documents by non-party McCabe & Associates (Doc. # 72), filed on January 18, 2007, and for good cause, it is

ORDERED that the motion is DENIED. The subpoena at issue was served in Fayette, Alabama and commanded production in Birmingham, Alabama, within the Northern District of Alabama. The subpoena was issued under the authority of the United States District Court for the Northern District of Alabama, and defendant must seek enforcement of the subpoena by that court.

The Clerk is DIRECTED to provide a copy of this order to non-party McCabe at the address provided for service of the subpoena.

DONE, this 22nd day of January, 2008.

/s/ Susan Russ Walker
SUSAN RUSS WALKER
UNITED STATES MAGISTRATE JUDGE