IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| JOHNCO MATERIALS, INC., | ) | |
| | ) | |
| Plaintiff, | ) | CASE NO. |
| | ) | 2:06-CV-993-ID |
| v. | ) | |
| | ) | |
| CONRAD YELVINGTON | ) | |
| DISTRIBUTORS, INC., | ) | |
| | ) | |
| Defendant. | ) | |

**ORDER**

It is ORDERED that the pretrial hearing presently set at 2:30 p.m. on Tuesday, February 26, 2008, is hereby RESCHEDULED to **1:45 p.m.** on **Tuesday, February 26, 2008,** in chambers B-300, United States Courthouse Complex, One Church Street, Montgomery, AL. This Order affects only the time, not the date, of the pretrial hearing. Counsel have been notified telephonically of the time change.

**Lead counsel for all parties are to be present unless excused by the court. Tardiness will not be tolerated.**

Done this 25th day of February, 2008.

       /s/ Ira DeMent
       SENIOR UNITED STATES DISTRICT JUDGE