IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| JOHNCO MATERIALS, INC., ) | |
| ) | |
| Plaintiff, ) | CIV. NO. 2:06cv993-ID |
| v. ) | |
| ) | |
| CONRAD YELVINGTON ) | |
| DISTRIBUTORS, INC., ) | |
| ) | |
| Defendant. ) | |

**ORDER**

Upon CONSIDERATION of Plaintiff Johnco Materials' motion to strike (Doc. No. 40), it is ORDERED that said motion be and the same is hereby DENIED.

DONE this 26th day of February, 2008.

/s/ Ira DeMent
SENIOR UNITED STATES DISTRICT JUDGE