IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

JOHNCO MATERIALS, INC.,            CASE NO.: CV-06-2:06CV993-ID

    Plaintiff,

vs.

CONRAD YELVINGTON
DISTRIBUTORS, INC.,

    Defendant.
_____/

### Defendant's Proposed Voir Dire Questions

1. Has any member of the venire or his/her family been employed in the sand or gravel mining industry?

    - If yes, please explain.

2. Has any member of the venire or his/her family been employed in the concrete or asphalt businesses?

    - If yes, please explain.

3. Has any member of the venire or his/her family been employed in the railroad or in a rail-related industry?

    - If yes, please explain.

4. Has any member of the venire or his/her family been employed by the plaintiff or the defendant?

5. Does any member of the venire have any knowledge or information of either the plaintiff or the defendant?

    - If yes, please explain.

6. Does any member of the venire know of:

    - Conrad Yelvington Distributors, Inc.
    - Gary Yelvington of Conrad Yelvington Distributors, Inc.

- Mark Klebe of Conrad Yelvington Distributors, Inc.
- Johnco Materials, Inc.
- West Alabama Sand & Gravel
- Clatus Junkin of Johnco Materials, Inc.
- His son, Clay Junkin of Johnco Materials, Inc.
- Presley Morgan "Pep" Johnston formerly of Johnco Materials, Inc.
- James B. "Ben" Johnston formerly of Johnco Materials, Inc.
- J. Lester Alexander or Accounting, Economics & Appraisal Group, LLC
- Dave Borden or Aldridge, Borden & Company
- M. Eugene Hartley or Industrial Minerals Consulting, Inc.
- Greg Pearson of Junkin, Pearson, Harrison and Junkin
- Chuck Harrison of Junkin, Pearson, Harrison and Junkin
- Samuel Junkin of Junkin, Pearson, Harrison and Junkin

7.  Has any member of the venire or their immediate family ever been represented by, consulted with, or had any association with Greg Pearson, Chuck Harrison or Samuel Junkin?

8.  Does any member of the venire know anyone else on the venire?

9.  Has any member of the venire heard anything about this case?

10. Does any member of the venire have any concern that he/she can be fair to both sides in this case?

11. If selected, can any member of the venire think of anything - attitude, feelings, something on your mind – that could influence his/her decision besides the evidence in this case?

    - Any pressing outside matters, personal or business?

    - Any physical or medical problems?

    - Anything you can think of that the parties need to know in deciding whether you should sit on this jury?

12. Is any member of the venire from Fayette County?

*Cobb Cole*

        /s/ Thomas J. Leek
        THOMAS J. LEEK
        FLA. BAR NO. 0116408
        150 Magnolia Avenue
        Post Office Box 2491
        Daytona Beach, FL 32115-2491
        Telephone:  (386) 255-8171
        Facsimile:   (386) 323-9255
        E-mail: Tom.Leek@CobbCole.com
        CO-COUNSEL FOR DEFENDANT

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on the 10th day of March, 2008, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to the following CM/ECF participants and served by U.S Mail and Electronic Mail a copy of the foregoing on the following non-CM/ECF participants:

H. Gregory Pearson, Esquire
Charles E. Harrison, Esquire
Junkin, Pearson, Harrison, & Junkin, L.L.C.
601 Greensboro Avenue
Suite 600, Alston Place
Tuscaloosa, AL 35401

J. David Martin, Esquire
Copeland, Franco, Screws & Gill, P.A.
444 South Perry Street (36104)
Post Office Box 347
Montgomery, AL  36101

        /s/ Thomas J. Leek