IN THE CIRCUIT COURT, SEVENTH
JUDICIAL CIRCUIT, IN AND FOR
VOLUSIA COUNTY, FLORIDA

**JOHNCO MATERIALS, INC.,**                    CASE NO.     2:06cv993-ID.
                                                DIVISION
                      Plaintiff,

v.

**CONRAD YELVINGTON
DISTRIBUTORS, INC.,**

                      Defendant.

_____

## DEFENDANT'S DEPOSITION DESIGNATIONS

1.    Deposition of James Benjamin Johnston taken July 24, 2007:

P. 13:7-17; P. 13:18 - P. 14:11; P. 14:18-22; P. 15:11-13; P.16:22 - P. 17:6; P. 18:5-19; P. 21:15-21; P. 21:23 - P. 22:4; P. 22:5-12; P. 24:3-20; P. 25:7 - P. 26:16; P. 26:17 - P. 27:10; P. 27:17-21; P. 28:10 - P. 29:9; P. 31:13 - P. 32:19; P. 38:23 - P. 39:7; P. 43:15 - P. 44:4; P. 45:5-9; P. 45:15-19; P. 46:15-18; P. 47:13-15; P. 47:21-23; P. 49:6-13; P. 50:13 - P. 51:6; P. 51:21 - P. 52:1; P. 54:8-18; P. 57:6-10; P. 57:11-23; P. 59:18 - P. 60:1; P. 60:6-11; P. 61:1-4; P. 61:11-19; P. 64:12-17; P. 66:6-18; P. 67:10-17; P. 70:15-18; P. 71:16-18; P. 72:8-11; P. 72:18-21; P. 73:2-7; P.73:23 - P. 74:12; P. 80:4-17; P. 82:21 - P. 83:2; P. 83:6-15; P. 83:16 - P. 84:12; P. 87:3-6; P. 88:11-19; P. 89:5-14; P. 91:11-17; P. 93:14-18; P. 99:20-23; P. 101:17 - 102:7; P. 104:2-23; P. 105:1 - P. 107:3; P. 115:14-18; P. 116:16-23; P. 126:19 - P. 127:13; P. 129:5 - P. 130:22; P. 131:15 - P. 132:20.

2.    Deposition of Presley Morgan Johnston taken July 24, 2007:

P. 10:5-8; P. 10:23 - P. 11:1-6; P. 11:10-23; P. 12:16-22; P. 16:1 - P. 19:2; P. 20:6-20; P. 20:21 - P. 21:13; P. 23:3 - P. 23:3 - P. 25:3-8; P. 27:14-20; P. 37:21-23; P. 41:13 - P. 42:10; P. 43:11 - P. 44:5; P. 44:16 - P. 46:23; P. 47:1 - P. 48:12; P. 49:5-9; P. 50:8 - P. 51:9; P. 51:10-14; P. 60:9-12; P. 61:2-7; P. 61:8-23; P. 65:9-19; P. 68:4-10; P. 70:10-19; P. 71:16-21; P. 74:4-13; P. 75:14-21; P. 76:21 - P. 77:14; P. 77:15 - P. 79:14; P. 79:21 - P. 80:6; P. 81:11-21; P. 85:6-17; P. 89:16 - P. 90:12; P. 103:20 - P. 104:10; P. 104:16 - P. 106:1; P. 106:8-19; P. 112:6-12; P. 114:14 - P. 115:10; P. 117:9-15; P. 122:16 - P. 124:8; P. 141:14-23; P. 154:11-16; P. 156:13-18; P. 159:10-21; P. 163:20 - P. 164:11; P. 164:18 - P. 165:7; P. 179:3-13; P. 180:20 - P. 181:13; P. 183:8-12.

Cobb Cole

/s/ Thomas J. Leek_____
THOMAS J. LEEK
FLA. BAR NO. 0116408
150 Magnolia Avenue
Post Office Box 2491
Daytona Beach, FL 32115-2491
Telephone:  (386) 255-8171
Facsimile:   (386) 323-9255
E-mail: Tom.Leek@CobbCole.com
CO-COUNSEL FOR DEFENDANT


## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on the 10th day of March, 2008, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to the following CM/ECF participants and served by U.S Mail and Electronic Mail a copy of the foregoing on the following non-CM/ECF participants:

H. Gregory Pearson, Esquire
Charles E. Harrison, Esquire
Junkin, Pearson, Harrison, & Junkin, L.L.C.
601 Greensboro Avenue
Suite 600, Alston Place
Tuscaloosa, AL 35401

J. David Martin, Esquire
Copeland, Franco, Screws & Gill, P.A.
444 South Perry Street (36104)
Post Office Box 347
Montgomery, AL  36101


____/s/ Thomas J. Leek_____