**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA**

| | | |
|---|---|---|
| **JOHNCO MATERIALS, INC.,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | **Civil Action No.** |
| **vs.** | ) | **2:06cv993-ID** |
| | ) | |
| **CONRAD YELVINGTON** | ) | |
| **DISTRIBUTORS, INC.,** | ) | |
| | ) | |
| **Defendant.** | ) | |

## <u>WRITTEN NOTICE OF PLAINTIFF'S OBJECTIONS TO DEFENDANT'S EXHIBITS</u>

Comes now Johnco Materials, Inc. ("Johnco"), the plaintiff in the above-styled cause, and, pursuant to Section 11 of the Uniform Scheduling Order of January 12, 2007 [Doc.15, p. 4], serves and files written objection to the exhibits and tangible evidence furnished by defendant Conrad Yelvington Distributors, Inc. ("CYDI") for copying and inspection in this cause.

Johnco makes objection to CYDI's exhibits upon the grounds

referenced in Exhibit "A, attached to this Notice.

Respectfully submitted,


s/ H. Gregory Pearson
H. Gregory Pearson (ASB-4733-S81H)
Attorney For Plaintiff
email: greg@jphj.net


Charles E. Harrison (ASB-9408-N70C)
Attorney For Plaintiff
email: chuck@jphj.net


*OF COUNSEL:*

JUNKIN, PEARSON, HARRISON
    & JUNKIN, L.L.C.
601 Greensboro Avenue
Suite 600 Alston Place
Tuscaloosa, Alabama 35401
Telephone: (205) 366-0111
Telecopier: (205) 391-4780

2

## <u>CERTIFICATE OF SERVICE</u>

Pursuant to FED.R.CIV.P. 5(e) and the Administrative Procedures For Filing, Signing, And Verifying Pleadings and Documents In The District Court Under the Case Management/Electronic Case Files (CM/ECF) System In Civil Cases [General Order No. 2:04-mc-3164], I do hereby certify that I have electronically filed the foregoing Notice of Written Objections with the Clerk of the Court by uploading same to the Court's CM/ECF web site at http://www/almd.uscourts.gov, which will send notification of such filing to the following:

> Thomas J. Leek, Esq
> COBB & COLE
> 150 Magnolia Avenue
> Post Office Box 2491
> Daytona Beach, FL 32115-2491

> George Walker III, Esq.
> David Martin, Esq.
> COPELAND, FRANCO, SCREWS
>   & GILL, P.A.
> 444 S. Perry St.
> Montgomery, Alabama 36101-0347

and I hereby certify that I have mailed by United States Postal Service, properly addressed and first-class postage prepaid and affixed this document to the following non-CM/ECF participants:

> [none]

This the 10th day of March 2008.

Charles E. Harrison (ASB-9408-N70C)

3

**Johnco Materials, Inc. v. Conrad Yelvington Distributors, Inc.**
United States District Court
for the Middle District of Alabama
Case No. 2:06-cv-993-ID

# PLAINTIFF'S WRITTEN OBJECTIONS TO DEFENDANT'S EXHIBIT LIST

| Exhibit # | Objection |
|---|---|
| 1 | No Objection |
| 2 | No Objection |
| 3 | No Objection |
| 4 | No Objection |
| 5 | No Objection |
| 6 | No Objection |
| 7 | No Objection |
| 8 | No Objection |
| 9 | No Objection |
| 10 | No Objection |
| 11 | Objection<br>FED.R.EVID. 802, 402, 403, 1002 |
| 12 | No Objection |
| 13 | Objection<br>FED.R.EVID. 402, 802 |
| 14 | No Objection |
| 15 | Objection<br>FED.R.EVID. 802, 805 |
| 16 | Objection<br>FED.R.EVID. 802, 805 |

1

**Exhibit A**

| 17 | Objection<br>FED.R.EVID. 802, 805 |
|----|----|
| 18 | No Objection |
| 19 | No Objection |
| 20 | No Objection |
| 21 | No Objection |
| 22 | No Objection |
| 23 | Objection<br>FED.R.EVID. 802, 805 |
| 24 | No Objection |
| 25 | No Objection |
| 26 | No Objection |
| 27 | No Objection |
| 28 | No Objection |
| 29 | Objection<br>FED.R.EVID. 802, 901 |
| 30 | Objection<br>FED.R.EVID. 802, 901 |
| 31 | No Objection |
| 32 | Objection<br>FED.R.EVID. 802, 805 |
| 33 | Objection<br>FED.R.EVID. 802, 805 |
| 34 | Objection<br>FED.R.EVID. 802, 805 |
| 35 | No Objection |
| 36 | Objection<br>FED.R.EVID. 802, 805 |
| 37 | Objection<br>FED.R.EVID. 802, 805 |

**Exhibit A**

| 38 | Objection<br>FED.R.EVID. 802 |
|----|------------------------------|
| 39 | No Objection |
| 40 | No Objection |
| 41 | Objection<br>FED.R.EVID. 802, 805, 402, 901 |
| 42 | No Objection |
| 43 | No Objection |
| 44 | No Objection |
| 45 | No Objection |
| 46 | No Objection |
| 47 | No Objection |
| 48 | No Objection |
| 49 | Objection<br>FED.R.EVID. 802, 805 |
| 50 | Objection<br>FED.R.EVID. 403, 802, 805 |
| 51 | Objection<br>FED.R.EVID. 403, 802, 805 |
| 52 | Defendant skips 52, not on defendant's list<br>There is no defendant's exhibit 52 that has been identified by defendant |
| 53 | Objection<br>FED.R.EVID. 403, 802, 805 |
| 54 | No Objection |
| 55 | No Objection |
| 56 | No Objection |
| 57 | Objection<br>FED.R.EVID. 403 |
| 58 | Objection<br>FED.R.EVID. 402 |

3

**Exhibit A**

| 59 | Objection<br>FED.R.EVID. 802, 805, 402 |
|----|------------------------------------------|
| 60 | Objection<br>FED.R.EVID. 402, 802, 805 |
| 61 | Objection<br>FED.R.EVID. 402, 802, 805, 1002 |
| 62 | Objection<br>FED.R.EVID. 802, 805, 901, 402 |
| 63 | No Objection |
| 64 | No Objection |
| 65 | Objection<br>FED.R.EVID. 402 |
| 66 | No Objection |
| 67 | No Objection |
| 68 | Objection<br>FED.R.EVID. 402, 802 |
| 69 | Objection<br>FED.R.EVID. 802 |
| 70 | Objection<br>FED.R.EVID. 802, 402 |
| 71 | Objection<br>FED.R.EVID. 402, 802 |
| 72 | Objection<br>FED.R.EVID. 402 |
| 73 | Objection<br>FED.R.EVID. 402 |
| 74 | Objection<br>FED.R.EVID. 402, 802 |
| 75 | Objection<br>FED.R.EVID. 402, 802 |
| 76 | Objection<br>FED.R.EVID. 402, 802 |

**Exhibit A**

| 77 | Objection<br>FED.R.EVID. 402 |
|----|------------------------------|
| 78 | Objection<br>FED.R.EVID. 402 |
| 79 | Objection<br>FED.R.EVID. 402 |
| 80 | Objection<br>FED.R.EVID. 402, 802 |
| 81 | Objection<br>FED.R.EVID. 402, 802, 805 |
| 82 | Objection<br>FED.R.EVID. 402, 802, 805 |
| 83 | Objection<br>FED.R.EVID. 402, 802, 805 |
| 84 | Objection<br>FED.R.EVID. 402, 1002, 901, 403 |
| 85 | Objection<br>FED.R.EVID. 805, 402, 802 |
| 86 | Objection<br>FED.R.EVID. 402, 802, 901, 1002 |
| 87 | Objection<br>FED.R.EVID. 402, 901, 802, 1002 |
| 88 | Objection<br>FED.R.EVID. 402, 802, 403 |
| 89 | Objection<br>FED.R.EVID. 802 |
| 90 | Objection<br>FED.R.EVID. 402, 802, 403 |
| 91 | Objection<br>FED.R.EVID. 402, 403, 802 |
| 92 | Objection<br>FED.R.EVID. 802, 402, 403, 901, 805, 1002 |

**Exhibit A**

| 93 | Objection<br>FED.R.EVID. 402, 802, 403, 901, 805, 1002 |
|-----|-----|
| 94 | Objection<br>FED.R.EVID. 402, 802, 901, 403, 805, 1002 |
| 95 | Objection<br>FED.R.EVID. 402, 802, 805, 403 |
| 96 | Plaintiff's have not been provided theses Bates numbered documents from defendant. Plaintiff objects based on non-production, and further objects based on the description of the exhibit by defendant pursuant to Rule 402, 403, 802, 805, 901. |
| 97 | Plaintiff's have not been provided theses Bates numbered documents from defendant. Plaintiff objects based on non-production, and further objects based on the description of the exhibit by defendant pursuant to Rule 402, 403, 802, 805, 901. |
| 98 | Objection<br>FED.R.EVID. 402, 403, 106 |
| 99 | Objection<br>FED.R.EVID. 901, 402, 403, 802 |
| 100 | Objection<br>FED.R.EVID. 1002, 802, 402, 403 |
| 101 | Objection<br>FED.R.EVID. 802, 805 |
| 102 | Objection<br>FED.R.EVID. 802, 805 |
| 103 | No Objection |
| 104 | No Objection |
| 105 | Objection<br>FED.R.EVID. 402, 802, 805 |
| 106 | No Objection |
| 107 | Objection<br>FED.R.EVID. 802, 402, 403, 805 |
| 108 | Objection<br>FED.R.EVID. 802, 805, 901 |
| 109 | Objection<br>FED.R.EVID. 802, 805, 901, 402 |

**Exhibit A**

| 110 | Objection<br>FED.R.EVID. 402, 802, 805 |
|-----|-----------------------------------------|
| 111 | Objection<br>FED.R.EVID. 802, 805, 901 |
| 112 | Objection<br>FED.R.EVID. 402, 403, 802, 805, 901 |
| 113 | Objection<br>FED.R.EVID. 802, 901, 402 |
| 114 | Objection<br>FED.R.EVID. 402, 802, 805, 901, 1002 |
| 115 | No Objection |
| 116 | Objection<br>FED.R.EVID. 402, 802, 901, 805 |
| 117 | Objection<br>FED.R.EVID. 402, 802, 901, 805 |
| 118 | Objection<br>FED.R.EVID. 402, 802 |
| 119 | No Objection |
| 120 | No Objection |
| 121 | Objection<br>FED.R.EVID. 402, 802, 805, 901 |
| 122 | Objection<br>FED.R.EVID. 402, 802, 805, 901 |
| 123 | Objection<br>FED.R.EVID. 802, 402, 805, 901 |
| 124 | Objection<br>FED.R.EVID. 802, 402, 805, 901 |
| 125 | Objection<br>FED.R.EVID. 802, 402, 805, 901 |
| 126 | Objection<br>FED.R.EVID. 402, 802, 805, 901 |

**Exhibit A**

| 127 | Objection<br>Fed.R.Evid. 402, 802, 805, 901 |
|-----|------------------------------------------------|
| 128 | Objection<br>Fed.R.Evid. 402, 802, 805, 901 |
| 129 | Objection<br>Fed.R.Evid. 402, 802, 805, 901 |
| 130 | Objection<br>Fed.R.Evid. 802, 402, 901, 805 |
| 131 | Objection<br>Fed.R.Evid. 402, 403 |
| 132 | Objection<br>Fed.R.Evid. 402, 403 |
| 133 | Objection<br>Fed.R.Evid. 402, 403 |
| 134 | Objection<br>Fed.R.Evid. 402, 403 |
| 135 | Objection<br>Fed.R.Evid. 402, 403 |
| 136 | Objection<br>Fed.R.Evid. 402, 403 |
| 137 | Objection<br>Fed.R.Evid. 402, 403 |
| 138 | Objection<br>Fed.R.Evid. 402, 403 |
| 139 | Objection<br>Fed.R.Evid. 402, 403 |
| 140 | Objection<br>Fed.R.Evid. 402, 403 |
| 141 | Objection<br>Fed.R.Evid. 402, 403 |
| 142 | Objection<br>Fed.R.Evid. 402, 403 |

**Exhibit A**

| 143 | Objection<br>FED.R.EVID. 402, 403 |
|---|---|
| 144 | Objection<br>FED.R.EVID. 402, 403 |
| 145 | Objection<br>FED.R.EVID. 402, 403 |
| 146 | Objection<br>FED.R.EVID. 402, 403, 802, 805, 1006 |
| 147 | Objection<br>FED.R.EVID. 402, 403, 802, 805, 1006 |
| 148 | Objection<br>FED.R.EVID. 402, 403, 802, 805, 1006 |
| 149 | Objection<br>FED.R.EVID. 402, 403, 802, 805, 1006 |
| 150 | Objection<br>FED.R.EVID. 402, 403, 802, 805, 1006 |
| 151 | Objection<br>FED.R.EVID. 402, 403, 802, 805, 1006 |
| 152 | Objection<br>FED.R.EVID. 402, 403, 802, 805, 1006 |
| 153 | Objection<br>FED.R.EVID. 402, 403, 802, 805, 1006 |
| 154 | Objection<br>FED.R.EVID. 402, 403, 802, 805, 1006 |
| 155 | Objection<br>FED.R.EVID. 402, 403, 802, 805, 1006 |
| 156 | Objection<br>FED.R.EVID. 402, 403, 802, 805, 1006 |
| 157 | Objection<br>FED.R.EVID. 402, 403, 802, 805, 1006 |
| 158 | No Objection |
| 159 | No Objection |

**Exhibit A**

| 160 | No Objection |
|-----|--------------|
| 161 | No Objection |
| 162 | No Objection |
| 163 | No Objection |
| 164 | No Objection |
| 165 | No Objection |
| 166 | No Objection |
| 167 | No Objection |
| 168 | No Objection |
| 169 | No Objection |
| 170 | No Objection |
| 171 | No Objection |
| 172 | No Objection |
| 173 | No Objection |
| 174 | No Objection |
| 175 | No Objection |
| 176 | No Objection |
| 177 | No Objection |
| 178 | No Objection |
| 179 | No Objection |
| 180 | No Objection |
| 181 | No Objection |
| 182 | No Objection |
| 183 | No Objection |
| 184 | No Objection |
| 185 | No Objection |

**Exhibit A**

| 186 | No Objection |
| 187 | No Objection |
| 188 | No Objection |
| 189 | No Objection |
| 190 | No Objection |
| 191 | No Objection |
| 192 | No Objection |
| 193 | No Objection |
| 194 | No Objection |
| 195 | No Objection |
| 196 | No Objection |
| 197 | No Objection |
| 198 | No Objection |
| 199 | No Objection |
| 200 | No Objection |
| 201 | No Objection |
| 202 | No Objection |
| 203 | No Objection |
| 204 | No Objection |
| 205 | No Objection |
| 206 | No Objection |
| 207 | No Objection |
| 208 | No Objection |
| 209 | No Objection |
| 210 | No Objection |
| 211 | No Objection |

**Exhibit A**

| 212 | No Objection |
|---|---|
| 213 | No Objection |
| 214 | No Objection |
| 215 | No Objection |
| 216 | No Objection |
| 217 | No Objection |
| 218 | No Objection |
| 219 | No Objection |
| 220 | No Objection |
| 221 | No Objection |
| 222 | No Objection |
| 223 | No Objection |
| 224 | No Objection |
| 225 | No Objection |
| 226 | No Objection |
| 227 | No Objection |
| 228 | No Objection |
| 229 | No Objection |
| 230 | No Objection |
| 231 | No Objection |
| 232 | No Objection |
| 233 | No Objection |
| 234 | No Objection |
| 235 | No Objection |
| 236 | No Objection |
| 237 | No Objection |

**Exhibit A**

| 238 | No Objection |
|-----|--------------|
| 239 | No Objection |
| 240 | No Objection |
| 241 | No Objection |
| 242 | No Objection |
| 243 | No Objection |
| 244 | No Objection |
| 245 | No Objection |
| 246 | No Objection |
| 247 | No Objection |
| 248 | No Objection |
| 249 | No Objection |
| 250 | No Objection |
| 251 | No Objection |
| 252 | No Objection |
| 253 | No Objection |
| 254 | No Objection |
| 255 | No Objection |
| 256 | No Objection |
| 257 | No Objection |
| 258 | No Objection |
| 259 | No Objection |
| 260 | No Objection |
| 261 | No Objection |
| 262 | No Objection |
| 263 | No Objection |

**Exhibit A**

| 264 | No Objection |
|-----|--------------|
| 265 | No Objection |
| 266 | No Objection |
| 267 | No Objection |
| 268 | No Objection |
| 269 | No Objection |
| 270 | No Objection |
| 271 | No Objection |
| 272 | No Objection |
| 273 | No Objection |
| 274 | No Objection |
| 275 | No Objection |
| 276 | No Objection |
| 277 | No Objection |
| 278 | No Objection |
| 279 | No Objection |
| 280 | No Objection |
| 281 | No Objection |
| 282 | No Objection |
| 283 | No Objection |
| 284 | No Objection |
| 285 | No Objection |
| 286 | No Objection |
| 287 | No Objection |
| 288 | No Objection |
| 289 | No Objection |

**Exhibit A**

| 290 | No Objection |
|-----|--------------|
| 291 | No Objection |
| 292 | No Objection |
| 293 | No Objection |
| 294 | No Objection |
| 295 | No Objection |
| 296 | No Objection |
| 297 | No Objection |
| 298 | No Objection |
| 299 | No Objection |
| 300 | No Objection |
| 301 | No Objection |
| 302 | No Objection |
| 303 | No Objection |
| 304 | Objection<br>FED.R.EVID. 1002, 802, 805 |
| 305 | Objection<br>FED.R.EVID. 1002, 106, 402, 403 |
| 306 | No Objection |
| 307 | No Objection |
| 308 | Objection<br>FED.R.EVID. 402, 802, 805 |
| 309 | Objection<br>FED.R.EVID. 901, 402, 403, 802 |
| 310 | Objection<br>FED.R.EVID. 402, 901, 403, 802, 805 |
| 311 | Objection<br>FED.R.EVID. 402, 403, 802, 805, 901 |

**Exhibit A**

| 312 | Objection<br>FED.R.EVID. 402, 403, 802, 805, 901 |
|-----|--------------------------------------------------|
| 313 | Objection<br>FED.R.EVID. 802, 805, 901, 402, 403 |
| 314 | Objection<br>FED.R.EVID. 402, 403, 802, 805, 901 |
| 315 | Objection<br>FED.R.EVID. 402, 403, 802, 805, 901 |
| 316 | Objection<br>FED.R.EVID. 402, 403, 802, 805, 901 |
| 317 | Objection<br>FED.R.EVID. 402, 403, 802, 805, 901 |
| 318 | Objection<br>FED.R.EVID. 402, 403, 802, 805, 901 |
| 319 | Objection<br>FED.R.EVID. 402, 403, 802, 805, 901 |
| 320 | Objection<br>FED.R.EVID. 402, 403, 802, 805, 901 |
| 321 | Objection<br>FED.R.EVID. 402, 403, 802, 805, 901 |
| 322 | Objection<br>FED.R.EVID. 402, 403, 802, 805, 901 |
| 323 | Objection<br>FED.R.EVID. 402, 403, 802, 805, 901 |
| 324 | Objection<br>FED.R.EVID. 402, 403, 802, 805, 901 |
| 325 | Objection<br>FED.R.EVID. 402, 403, 802, 805, 901 |
| 326 | Objection<br>FED.R.EVID. 402, 403, 802, 805, 901 |
| 327 | Objection<br>FED.R.EVID. 402, 403, 802, 805, 901 |

**Exhibit A**

| 328 | Objection<br>FED.R.EVID. 402, 403, 802, 805, 901 |
| 329 | Objection<br>FED.R.EVID. 402, 403, 802, 805, 901 |
| 330 | Objection<br>FED.R.EVID. 802, 805, 402, 403, 1002, 901 |
| 331 | No Objection |
| 332 | Objection<br>FED.R.EVID. 402, 403 |
| 333 | No Objection |
| 334 | Objection<br>FED.R.EVID. 403, 402 |
| 335 | Objection<br>FED.R.EVID. 402, 403, 901 |
| 336 | Objection<br>FED.R.EVID. 1002, 402, 403, 106 |
| 337 | Objection<br>FED.R.EVID. 402, 802 |
| 338 | Objection<br>FED.R.EVID. 402, 403 |
| 339 | No Objection to Johnco Materials, Inc #1-2 |
| 340 | Objection<br>FED.R.EVID.106, 1002, 402, 403 |
| 341 | No Objection to Johnco Materials, Inc #44-57 |
| 342 | No Objection to Johnco Materials, Inc #58-59 |
| 343 | No Objection to Johnco Materials, Inc # 60-61 |
| 344 | No Objection to Johnco Materials, Inc # 62-63 |
| 345 | No Objection to Johnco Materials, Inc # 64-65 |
| 346 | No Objection to Johnco Materials, Inc # 66-67 |
| 347 | Objection<br>FED.R.EVID. 402, 403 |

**Exhibit A**

| 348 | Objection<br>FED.R.EVID. 402, 403<br>The identifying Bates numbers provided by the defendant for defendants Trial Exhibit 348 does not appear to correspond to the defendants written description of the exhibit. Plaintiff objects to defendant exhibit 348. |
|-----|-----|
| 349 | Objection<br>FED.R.EVID. 402, 403<br>The identifying Bates numbers provided by the defendant for defendants Trial Exhibit 349 does not appear to correspond to the defendants written description of the exhibit. Plaintiff objects to defendant exhibit 349. |
| 350 | Objection<br>FED.R.EVID. 402, 403<br>The identifying Bates numbers provided by the defendant for defendants Trial Exhibit 350 does not appear to correspond to the defendants written description of the exhibit. Plaintiff objects to defendant exhibit 350. |
| 351 | Objection<br>FED.R.EVID. 402, 403<br>The identifying Bates numbers provided by the defendant for defendants Trial Exhibit 351 does not appear to correspond to the defendants written description of the exhibit. Plaintiff objects to defendant exhibit 351. |
| 352 | Objection<br>FED.R.EVID. 402, 403<br>The identifying Bates numbers provided by the defendant for defendants Trial Exhibit 352 does not appear to correspond to the defendants written description of the exhibit. Plaintiff objects to defendant exhibit 352. |
| 353 | Objection<br>FED.R.EVID. 402, 403<br>The identifying Bates numbers provided by the defendant for defendants Trial Exhibit 353 does not appear to correspond to the defendants written description of the exhibit. Plaintiff objects to defendant exhibit 353. |
| 354 | Objection<br>FED.R.EVID. 402, 403<br>The identifying Bates numbers provided by the defendant for defendants Trial Exhibit 354 does not appear to correspond to the defendants written description of the exhibit. Plaintiff objects to defendant exhibit 354. |

**Exhibit A**

| 355 | Objection<br>FED.R.EVID. 402, 403<br>The identifying Bates numbers provided by the defendant for defendants Trial Exhibit 355 does not appear to correspond to the defendants written description of the exhibit. Plaintiff objects to defendant exhibit 355. |
|---|---|
| 356 | Objection<br>FED.R.EVID. 402, 403<br>The identifying Bates numbers provided by the defendant for defendants Trial Exhibit 356 does not appear to correspond to the defendants written description of the exhibit. Plaintiff objects to defendant exhibit 356. |
| 357 | Objection<br>FED.R.EVID. 402, 802 |
| 358 | Objection<br>FED.R.EVID. 402, 802 |
| 359 | Objection<br>FED.R.EVID. 402, 802 |
| 360 | Objection<br>FED.R.EVID. 402, 802 |
| 361 | Objection<br>FED.R.EVID. 402, 802 |
| 362 | Objection<br>FED.R.EVID. 402, 802 |
| 363 | Objection<br>FED.R.EVID. 402, 403 |
| 364 | Objection<br>FED.R.EVID. 402, 403 |
| 365 | Objection<br>FED.R.EVID. 402, 802, 901, 1002 |
| 366 | Objection<br>FED.R.EVID. 402 |
| 367 | Objection<br>FED.R.EVID. 402 |
| 368 | Objection<br>FED.R.EVID. 402 |

**Exhibit A**

| 369 | Objection<br>Fᴇᴅ.R.Eᴠɪᴅ. 402 |
|-----|-------------------------------|
| 370 | Objection<br>Fᴇᴅ.R.Eᴠɪᴅ. 402 |
| 371 | Objection<br>Fᴇᴅ.R.Eᴠɪᴅ. 402 |
| 372 | Objection<br>Fᴇᴅ.R.Eᴠɪᴅ. 402 |
| 373 | Objection<br>Fᴇᴅ.R.Eᴠɪᴅ. 402 |
| 374 | Objection<br>Fᴇᴅ.R.Eᴠɪᴅ. 402 |
| 375 | Objection<br>Fᴇᴅ.R.Eᴠɪᴅ. 402 |
| 376 | Objection<br>Fᴇᴅ.R.Eᴠɪᴅ. 402 |
| 377 | Objection<br>Fᴇᴅ.R.Eᴠɪᴅ. 402 |
| 378 | Objection<br>Fᴇᴅ.R.Eᴠɪᴅ. 402 |
| 379 | Objection<br>Fᴇᴅ.R.Eᴠɪᴅ. 402 |
| 380 | Objection<br>Fᴇᴅ.R.Eᴠɪᴅ. 402, 403 |
| 381 | Objection<br>Fᴇᴅ.R.Eᴠɪᴅ. 402, 403 |
| 382 | No Objection |
| 383 | No Objection |
| 384 | No Objection |
| 385 | No Objection |
| 386 | No Objection |

**Exhibit A**

| 387 | Objection<br>FED.R.EVID. 402, 403 |
|-----|-----------------------------------|
| 388 | Objection<br>FED.R.EVID. 402, 403 |
| 389 | No Objection |
| 390 | No Objection |
| 391 | No Objection |
| 392 | N o Objection |
| 393 | N o Objection |
| 394 | N o Objection |
| 395 | N o Objection |
| 396 | N o Objection |
| 397 | N o Objection |
| 398 | N o Objection |
| 399 | No Objection |
| 400 | No Objection |
| 401 | No Objection |
| 402 | No Objection |
| 403 | No Objection |
| 404 | No Objection |
| 405 | No Objection |
| 406 | No Objection |
| 407 | No Objection |
| 408 | No Objection |
| 409 | No Objection |
| 410 | No Objection |

**Exhibit A**

| 411 | The defendant has identified as defendant's trial exhibit 411 a document or documents described by the defendant to be "NO DOCUMENTS" and reference this exhibit as being bates # document 306-315.  Plaintiff does not have any idea what are these "NO DOCUMENTS" and objects pursuant to FED.R.EVID. 402, 403, 106, 901 |
|---|---|
| 412 | No Objection |
| 413 | No Objection |
| 414 | No Objection |
| 415 | No Objection |
| 416 | No Objection |
| 417 | No Objection |
| 418 | No Objection |
| 419 | No Objection |
| 420 | No Objection |
| 421 | No Objection |
| 422 | No Objection |
| 423 | No Objection |
| 424 | No Objection |
| 425 | No Objection |
| 426 | No Objection |
| 427 | No Objection |
| 428 | No Objection |
| 429 | No Objection |
| 430 | No Objection |
| 431 | No Objection |
| 432 | No Objection |
| 433 | No Objection |
| 434 | No Objection |

**Exhibit A**

| 435 | No Objection |
|-----|--------------|
| 436 | No Objection |
| 437 | No Objection |
| 438 | No Objection |
| 439 | No Objection |
| 440 | No Objection |
| 441 | No Objection |
| 442 | No Objection |
| 443 | No Objection |
| 444 | No Objection |
| 445 | No Objection |
| 446 | No Objection |
| 447 | No Objection |
| 448 | No Objection |
| 449 | No Objection |
| 450 | No Objection |
| 451 | No Objection |
| 452 | No Objection |
| 453 | No Objection |
| 454 | No Objection |
| 455 | No Objection |
| 456 | No Objection |
| 457 | No Objection |
| 458 | No Objection |
| 459 | No Objection |
| 460 | No Objection |

**Exhibit A**

| 461 | No Objection |
|-----|--------------|
| 462 | No Objection |
| 463 | No Objection |
| 464 | No Objection |
| 465 | No Objection |
| 466 | No Objection |
| 467 | No Objection |
| 468 | No Objection |
| 469 | No Objection |
| 470 | No Objection |
| 471 | No Objection |
| 472 | No Objection |
| 473 | No Objection |
| 474 | No Objection |
| 475 | No Objection |
| 476 | No Objection |
| 477 | No Objection |
| 478 | No Objection |
| 479 | No Objection |
| 480 | No Objection |
| 481 | No Objection |
| 482 | No Objection |
| 483 | No Objection |
| 484 | No Objection |
| 485 | No Objection |
| 486 | No Objection |

**Exhibit A**

| 487 | No Objection |
|-----|--------------|
| 488 | No Objection |
| 489 | No Objection |
| 490 | No Objection |
| 491 | No Objection |
| 492 | No Objection |
| 493 | No Objection |
| 494 | No Objection |
| 495 | No Objection |
| 496 | No Objection |
| 497 | No Objection |
| 498 | No Objection |
| 499 | No Objection |
| 500 | No Objection |
| 501 | No Objection |
| 502 | No Objection |
| 503 | No Objection |
| 504 | No Objection |
| 505 | No Objection |
| 506 | No Objection |
| 507 | No Objection |
| 508 | No Objection |
| 509 | No Objection |
| 510 | No Objection |
| 511 | No Objection |
| 512 | No Objection |

**Exhibit A**

| 513 | No Objection |
|---|---|
| 514 | No Objection |
| 515 | No Objection |
| 516 | No Objection |
| 517 | No Objection |
| 518 | No Objection |
| 519 | No Objection |
| 520 | No Objection |
| 521 | No Objection |
| 522 | No Objection |
| 523 | No Objection |
| 524 | No Objection |
| 525 | No Objection |
| 526 | No Objection |
| 527 | No Objection |
| 528 | No Objection |
| 529 | No Objection |
| 530 | No Objection |
| 531 | No Objection |
| 532 | No Objection |
| 533 | No Objection |
| 534 | No  Objection |
| 535 | Objection<br>FED.R.EVID. 402, 802 |
| 536 | Objection<br>FED.R.EVID. 402, 802 |
| 537 | Objection<br>FED.R.EVID. 402, 802 |

**Exhibit A**

| 538 | Objection<br>FED.R.EVID. 402, 802 |
|-----|-----------------------------------|
| 539 | Objection<br>FED.R.EVID. 402, 802 |
| 540 | Objection<br>FED.R.EVID. 402, 802 |
| 541 | Objection<br>FED.R.EVID. 402, 802 |
| 542 | Objection<br>FED.R.EVID. 402, 802 |
| 543 | Objection<br>FED.R.EVID. 402, 802 |
| 544 | Objection<br>FED.R.EVID. 402, 802 |
| 545 | Objection<br>FED.R.EVID. 402, 802 |
| 546 | Objection<br>FED.R.EVID. 402, 802 |
| 547 | Objection<br>FED.R.EVID  402, 802 |
| 548 | Objection<br>FED.R.EVID. 402, 802 |
| 549 | Objection<br>FED.R.EVID. 402, 802 |
| 550 | Objection<br>FED.R.EVID. 402, 802 |
| 551 | Objection<br>FED.R.EVID. 402, 802 |
| 552 | Objection<br>FED.R.EVID. 402, 802 |
| 553 | Objection<br>FED.R.EVID. 402, 802 |

**Exhibit A**

| 554 | Objection<br>FED.R.EVID. 402, 802 |
|-----|-----------------------------------|
| 555 | Objection<br>FED.R.EVID. 402, 802 |
| 556 | Objection<br>FED.R.EVID. 402, 802 |
| 557 | Objection<br>FED.R.EVID. 402, 802 |
| 558 | Objection<br>FED.R.EVID. 402, 802 |
| 559 | Objection<br>FED.R.EVID. 402, 802 |
| 560 | Objection<br>FED.R.EVID. 402, 802 |
| 561 | Objection<br>FED.R.EVID. 402, 802 |
| 562 | Objection<br>FED.R.EVID. 402, 802 |
| 563 | Objection<br>FED.R.EVID. 402, 802 |
| 564 | Objection<br>FED.R.EVID. 402, 802 |
| 565 | Objection<br>FED.R.EVID. 402, 802 |
| 566 | Objection<br>FED.R.EVID. 402, 802 |
| 567 | Objection<br>FED.R.EVID. 402, 802 |
| 568 | Objection<br>FED.R.EVID. 402, 802 |
| 569 | Objection<br>FED.R.EVID. 402, 802 |

**Exhibit A**

| 570 | Objection<br>FED.R.EVID. 402, 802 |
|-----|-----------------------------------|
| 571 | Objection<br>FED.R.EVID. 402, 802 |
| 572 | Objection<br>FED.R.EVID. 402, 802 |
| 573 | Objection<br>FED.R.EVID. 402, 802 |
| 574 | Objection<br>FED.R.EVID. 402, 802 |
| 575 | Objection<br>FED.R.EVID. 402, 802 |
| 576 | Objection<br>FED.R.EVID. 402, 802 |
| 577 | Objection<br>FED.R.EVID. 402, 802 |
| 578 | Objection<br>FED.R.EVID. 402, 802 |
| 579 | Objection<br>FED.R.EVID. 402, 802 |
| 580 | Objection<br>FED.R.EVID. 402, 802 |
| 581 | Objection<br>FED.R.EVID. 402, 802 |
| 582 | Objection<br>FED.R.EVID. 402, 802 |
| 583 | Objection<br>FED.R.EVID. 402, 802 |
| 584 | Objection<br>FED.R.EVID. 402, 802 |
| 585 | Objection<br>FED.R.EVID. 402, 802 |

**Exhibit A**

| 586 | Objection<br>FED.R.EVID. 402, 802 |
|-----|-----------------------------------|
| 587 | Objection<br>FED.R.EVID. 402, 802 |
| 588 | Objection<br>FED.R.EVID. 402, 802 |
| 589 | Objection<br>FED.R.EVID. 402, 802 |
| 590 | Objection<br>FED.R.EVID. 402, 802 |
| 591 | Objection<br>FED.R.EVID. 402, 802 |
| 592 | Objection<br>FED.R.EVID. 402, 802 |
| 593 | Objection<br>FED.R.EVID. 402, 802 |
| 594 | Objection<br>FED.R.EVID. 402, 802 |
| 595 | Objection<br>FED.R.EVID. 402, 802 |
| 596 | Objection<br>FED.R.EVID. 402, 802 |
| 597 | Objection<br>FED.R.EVID. 402, 802 |
| 598 | Objection<br>FED.R.EVID. 402, 802 |
| 599 | Objection<br>FED.R.EVID. 402, 802 |
| 600 | Objection<br>FED.R.EVID. 402 |
| 601 | Objection<br>FED.R.EVID. 402 |

**Exhibit A**

| 602 | Objection<br>FED.R.EVID. 402 |
|---|---|
| 603 | Objection<br>FED.R.EVID. 402 |
| 604 | Objection<br>FED.R.EVID. 402 |
| 605 | Objection<br>FED.R.EVID. 402, 403, 802, 805 |
| 606 | Objection<br>FED.R.EVID. 402, 403, 802, 805 |
| 607 | Objection<br>FED.R.EVID. 402, 802 |
| 608 | Objection<br>FED.R.EVID. 402, 802, 805 |
| 609 | Objection<br>FED.R.EVID. 402, 802 |
| 610 | Objection<br>FED.R.EVID. 402, 1002 |
| 611 | Objection<br>FED.R.EVID. 402 |
| 612 | Objection<br>FED.R.EVID. 402 |
| 613 | Objection<br>FED.R.EVID. 402 |
| 614 | Objection<br>FED.R.EVID. 402 |
| 615 | Objection<br>FED.R.EVID. 402, 802 |
| 616 | Objection<br>FED.R.EVID. 402, 802 |
| 617 | Objection<br>FED.R.EVID. 802, 402 |

**Exhibit A**

| 618 | Objection<br>FED.R.EVID. 402 |
|-----|--------------------------------|
| 619 | Objection<br>FED.R.EVID. 402 |
| 620 | Objection<br>FED.R.EVID. 402, 403, 802 |
| 621 | Objection<br>FED.R.EVID. 402, 802 |
| 622 | Objection<br>FED.R.EVID. 402, 802 |
| 623 | Objection<br>FED.R.EVID. 802 |
| 624 | Objection<br>FED.R.EVID. 402 |
| 625 | Objection<br>FED.R.EVID. 402 |
| 626 | Objection<br>FED.R.EVID. 402, 403, 802; Improper introduction of deposition excerpts pursuant to FED.R.CIV 32(a) |
| 627 | Objection<br>FED.R.EVID. 402, 403 |
| 628 | Objection<br>FED.R.EVID. 802 |
| 629 | Objection<br>FED.R.EVID. 402, 403, 802; Improper introduction of deposition excerpts pursuant to FED.R.CIV 32(a) |
| 630 | Objection<br>FED.R.EVID. 402, 403 |
| 631 | Objection<br>FED.R.EVID.402 |
| 632 | Objection<br>FED.R.EVID. 402, 802 |

**Exhibit A**

| 633 | Objection<br>FED.R.EVID. 402, 802 |
|-----|-----------------------------------|
| 634 | Objection<br>FED.R.EVID. 402, 802 |
| 635 | Objection<br>FED.R.EVID. 402 |
| 636 | Objection<br>FED.R.EVID. 402, 403 |
| 637 | Objection<br>FED.R.EVID. 402, 403 |
| 638 | Objection<br>FED.R.EVID. 802, 402 |
| 639 | Objection<br>FED.R.EVID. 402, 802 |
| 640 | Objection<br>FED.R.EVID. 402, 802 |
| 641 | Objection<br>FED.R.EVID. 402, 802 |
| 642 | Objection<br>FED.R.EVID. 402, 802 |
| 643 | Objection<br>FED.R.EVID. 402, 802 |
| 644 | Objection<br>FED.R.EVID. 402, 802 |
| 645 | Objection<br>FED.R.EVID. 402, 802 |
| 646 | Objection<br>FED.R.EVID. 402, 802 |
| 647 | Objection<br>FED.R.EVID. 402, 802 |
| 648 | Objection<br>FED.R.EVID. 402, 802 |

**Exhibit A**

| 649 | Objection<br>FED.R.EVID. 402, 802 |
|-----|-----------------------------------|
| 650 | Objection<br>FED.R.EVID. 402, 802 |
| 651 | Objection<br>FED.R.EVID. 402, 802 |
| 652 | Objection<br>FED.R.EVID. 402, 802 |
| 653 | Objection<br>FED.R.EVID. 402, 802 |
| 654 | Objection<br>FED.R.EVID. 402, 802 |
| 655 | Objection<br>FED.R.EVID. 402, 802 |
| 656 | Objection<br>FED.R.EVID. 402, 802 |
| 657 | Objection<br>FED.R.EVID. 402, 802 |
| 658 | Objection<br>FED.R.EVID. 402, 802 |
| 659 | Objection<br>FED.R.EVID. 402, 802 |
| 660 | Objection<br>FED.R.EVID. 402, 802 |
| 661 | Objection<br>FED.R.EVID. 402, 802 |
| 662 | Objection<br>FED.R.EVID. 402, 802 |
| 663 | Objection<br>FED.R.EVID. 402, 802 |
| 664 | Objection<br>FED.R.EVID. 402, 802 |

**Exhibit A**

| 665 | Objection<br>FED.R.EVID. 402, 802 |
|---|---|
| 666 | Objection<br>FED.R.EVID. 402, 802 |
| 667 | Objection<br>FED.R.EVID. 402, 802 |
| 668 | Objection<br>FED.R.EVID. 402, 802 |
| 669 | Objection<br>FED.R.EVID. 402, 802 |
| 670 | Objection<br>FED.R.EVID. 402, 802 |
| 671 | Objection<br>FED.R.EVID. 402, 802 |
| 672 | Objection<br>FED.R.EVID. 402, 802 |
| 673 | Objection<br>FED.R.EVID. 402, 802 |
| 674 | Objection<br>FED.R.EVID. 402, 802 |
| 675 | Objection<br>FED.R.EVID. 402, 802 |
| 676 | Objection<br>FED.R.EVID. 402, 802 |
| 677 | Objection<br>FED.R.EVID. 402, 802 |
| 678 | Objection<br>FED.R.EVID. 402, 802 |
| 679 | Objection<br>FED.R.EVID. 402, 802 |
| 680 | Objection<br>FED.R.EVID. 402, 802 |

**Exhibit A**

| 681 | Objection<br>FED.R.EVID. 402, 802 |
| --- | --- |
| 682 | Objection<br>FED.R.EVID. 402, 802 |
| 683 | Objection<br>FED.R.EVID. 402, 802 |
| 684 | Objection<br>FED.R.EVID. 402, 802 |
| 685 | Objection<br>FED.R.EVID. 402, 802 |
| 686 | Objection<br>FED.R.EVID. 402, 802 |
| 687 | Objection<br>FED.R.EVID. 402, 802 |
| 688 | Objection<br>FED.R.EVID. 402, 802 |
| 689 | Objection<br>FED.R.EVID. 402, 802 |
| 690 | Objection<br>FED.R.EVID. 402, 802 |
| 691 | Objection<br>FED.R.EVID. 402, 802 |
| 692 | Objection<br>FED.R.EVID. 402, 802 |
| 693 | Objection<br>FED.R.EVID. 402, 802 |
| 694 | Objection<br>FED.R.EVID. 402, 802 |
| 695 | Objection<br>FED.R.EVID. 402, 403, 1002, 1006 |
| 696 | No objections as to documents previously produced to defendants and marked as Johnco bates #1863-1922, which Bates # documents have been identified as defendant's Trial Exhibit 696. |

**Exhibit A**

| 697 | Objection<br>Fed.R.Evid. 402, 403, 1006 |
| 698 | Objection<br>Fed.R.Evid. 1006, 402, 403, 802, 805 |
| 699 | No objection |

**Exhibit A**