IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA

| | |
|---|---|
| JOHNCO MATERIALS, INC., ) | |
| ) | |
| Plaintiff, ) | |
| ) | Civil Action No. |
| vs. ) | 2:06cv993-ID |
| ) | |
| CONRAD YELVINGTON ) | |
| DISTRIBUTORS, INC., ) | |
| ) | |
| Defendant. ) | |

**PLAINTIFF'S MOTION UNDER
FED.R.EVID. 702 TO EXCLUDE
EXPERT OPINION TESTIMONY OF
MARK KLEBE, DAVID BORDEN
AND EUGENE HARTLEY**

Comes now Johnco Materials, Inc. ("Johnco"), the plaintiff in the above-styled cause, and respectfully moves, pursuant to FED.R.CIV.P. 702 and Daubert v. Merrell Dow Pharms., Inc., 509 U.S. 579, 125 L.Ed. 2d 469, 113 S. Ct. 2786 (1993), to exclude from consideration the opinion testimony of Mark Klebe, David Borden and Eugene Hartley as methodologically unreliable.

In support of this motion, Johnco has simultaneously filed a Brief in Support of Plaintiff's Motion Under FED.R.EVID. 702 to Exclude Expert Opinion Testimony of Mark Klebe, David Borden and Eugene Hartley.

WHEREFORE PREMISES CONSIDERED, the plaintiff Johnco Materials, Inc. respectfully moves and prays this Court to exclude the opinion testimony of Mark Klebe, and the entirety of the testimony of David Borden and Eugene Hartley.

Respectfully submitted,

s/ H. Gregory Pearson
H. Gregory Pearson (ASB-4733-S81H)
Attorney For Plaintiff
email: greg@jphj.net

Charles E. Harrison (ASB-9408-N70C)
Attorney For Plaintiff
email: chuck@jphj.net

2

*OF COUNSEL:*

JUNKIN, PEARSON, HARRISON
   & JUNKIN, L.L.C.
601 Greensboro Avenue
Suite 600 Alston Place
Tuscaloosa, Alabama 35401
Telephone: (205) 366-0111
Telecopier: (205) 391-4780

3

**CERTIFICATE OF SERVICE**

Pursuant to FED.R.CIV.P. 5(e) and the Administrative Procedures For Filing, Signing, And Verifying Pleadings and Documents In The District Court Under the Case Management/Electronic Case Files (CM/ECF) System In Civil Cases [General Order No. 2:04-mc-3164], I do hereby certify that I have electronically filed the foregoing Motion to Exclude Testimony with the Clerk of the Court by uploading same to the Court's CM/ECF web site at http://www/almd.uscourts.gov, which will send notification of such filing to the following:

>Thomas J. Leek, Esq
>COBB & COLE
>150 Magnolia Avenue
>Post Office Box 2491
>Daytona Beach, FL 32115-2491
>
>George Walker III, Esq.
>David Martin, Esq.
>COPELAND, FRANCO, SCREWS
>  & GILL, P.A.
>444 S. Perry St.
>Montgomery, Alabama 36101-0347

and I hereby certify that I have mailed by United States Postal Service, properly addressed and first-class postage prepaid and affixed this document to the following non-CM/ECF participants:

>[none]

This the 10th day of March 2008.

/s/ Charles E. Harrison
Charles E. Harrison (ASB-9408-N70C)

4