IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| JOHNCO MATERIALS, INC., | ) | |
| | ) | |
| Plaintiff, | ) | CIV. NO. 2:06cv993-ID |
| v. | ) | |
| | ) | |
| CONRAD YELVINGTON DISTRIBUTORS, INC., | ) | |
| | ) | |
| Defendant. | ) | |

**ORDER**

Before the court is Defendant Conrad Yelvington Distributers, Inc.'s Motion in Limine to Preclude, or in the Alternative Limit, the Testimony of Plaintiff's Expert, J. Lester Alexander, and to Preclude His Summary and Supplemental Reports from Introduction as Evidence, filed March 10, 2008. (See Doc. No. 85). The same date Defendant filed another Motion in Limine, titled the same as above, which the clerk docketed as an Amended Motion in Limine. (See Doc. No. 89). The Amended Motion in Limine includes five exhibits which Defendant omitted when it filed the original Motion in Limine, but otherwise the original Motion in Limine is identical to the Amended Motion in Limine. Accordingly, it is CONSIDERED and ORDERED that the original Motion in Limine (Doc. No. 85) be and the same is hereby DENIED as moot. The Amended Motion in Limine (Doc. No. 89) remains pending for a ruling.

DONE this 11th day of March, 2008.

/s/ Ira DeMent
SENIOR UNITED STATES DISTRICT JUDGE