IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| JOHNCO MATERIALS, INC., | ) | |
| | ) | |
| Plaintiff, | ) | CIV. NO. 2:06cv993-ID |
| v. | ) | |
| | ) | |
| CONRAD YELVINGTON DISTRIBUTORS, INC., | ) | |
| | ) | |
| Defendant. | ) | |

**ORDER**

Upon CONSIDERATION of the two Motions in Limine (Doc. Nos. 86, 90), filed by Plaintiff Johnco Materials, Inc., on March 10, 2008, it is ORDERED that Defendant Conrad Yelvington Distributors, Inc., show cause, if any there be, **on or before March 17, 2008**, why said Motions should not be granted.

DONE this 11th day of March, 2008.

/s/ Ira DeMent
SENIOR UNITED STATES DISTRICT JUDGE