IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| JOHNCO MATERIALS, INC., | ) | |
| | ) | |
| Plaintiff, | ) | CIV. NO. 2:06cv993-ID |
| v. | ) | |
| | ) | |
| CONRAD YELVINGTON | ) | |
| DISTRIBUTORS, INC., | ) | |
| | ) | |
| Defendant. | ) | |

**ORDER**

Upon CONSIDERATION of the three Motions in Limine (Doc. Nos. 81, 82, 89), filed by Defendant Conrad Yelvington Distributers, Inc., on March 10, 2008, it is ORDERED that Plaintiff Johnco Materials, Inc., show cause, if any there be, **on or before March 17, 2008**, why said Motions should not be granted.

DONE this 11th day of March, 2008.

/s/ Ira DeMent
SENIOR UNITED STATES DISTRICT JUDGE