IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| JOHNCO MATERIALS, INC., ) | |
| ) | |
| Plaintiff, ) | CIV. NO. 2:06cv993-ID |
| v. ) | |
| ) | |
| CONRAD YELVINGTON ) | |
| DISTRIBUTORS, INC., ) | |
| ) | |
| Defendant. ) | |

**ORDER**

It is CONSIDERED and ORDERED that on or before March 17, 2008, Defendant submit or mail **two** paper courtesy copies <u>to the chambers of the undersigned</u> of all briefs and supporting evidence filed in support of its motions in limine and in opposition to Plaintiff's motions in limine.

It is further CONSIDERED and ORDERED that on or before March 17, 2008, Plaintiff submit or mail **two** paper courtesy copies <u>to the chambers of the undersigned</u> of all briefs and supporting evidence filed in support of its motions in limine and in opposition to Defendant's motions in limine.

For those submissions that exceed 25 pages, the paper courtesy copy shall be bound in a three-ring binder and tabbed.

DONE this 11th day of March, 2008.

/s/ Ira DeMent
SENIOR UNITED STATES DISTRICT JUDGE