IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA

| | |
|---|---|
| JOHNCO MATERIALS, INC., ) | |
| ) | |
| Plaintiff, ) | |
| ) | Civil Action No. |
| vs. ) | 2:06cv993-ID |
| ) | |
| CONRAD YELVINGTON ) | |
| DISTRIBUTORS, INC., ) | |
| ) | |
| Defendant. ) | |

**PLAINTIFF'S IDENTIFICATION OF RESPONSIVE PARTS OF DEPOSITIONS TO BE USED, SUBJECT TO OBJECTIONS**

Comes now Johnco Materials, Inc. ("Johnco"), and pursuant to Section 10 of this Court's Uniform Scheduling Order of January 12, 2007 [Doc. 15], identifies the following deposition excerpts responsive to those identified previously by defendant, Conrad Yelvington Distributors, Inc. ("CYDI"). Said identification is subject to Johnco's objections, as noted.

    1.    Deposition of James Benjamin Johnston taken July 24, 2007:

p. 8, ll.17-23; p. 9, ll.1-2; p. 10, ll.20-23; p. 11, ll.1-10; p. 12, ll. 15-23; p. 13, ll.1-6; p. 14, ll.12-17, 23; p. 15, ll.1-10, ll.14-23; p. 16, ll.1-14; p. 17, ll.7-20; p. 21, l.22; p. 24, ll.21-23; p. 25, ll.1-6; p. 27, ll.1-16, ll.22-23; p. 28, ll.1-4; p. 30, ll.9-23; p. 31, ll.1-12; p. 33, ll.6-23; p. 34, ll.1-11; p. 36, ll.15-23; p. 37, ll.1-23; p. 38, ll.1-22; p. 39, ll.8-20; p. 42, ll.17-23; p. 43, ll.1-5; p. 45, ll.20-23; p. 46, ll.1-14; p. 48, ll.1-23; p. 49, ll.1-5, ll.14-18; p. 52, ll.2-23; p. 53, l.1,

ll.16-23; p. 54, ll.1-7, ll.19-23; p.55, ll.1-23; p. 56, ll.1-23; p. 57, l.1; p. 58, ll.1-23; p. 59, ll.1-15; p. 60, ll.2-5; p. 61, ll.1-10; p. 62, ll.19-23; p. 63, ll.1-23; p. 64, ll.1-11; p. 65, ll.11-23; p. 66, 11.1-5; p. 69, l.23; p. 70, ll.1-14, ll.19-23; p. 71, ll.1-15, ll.19-23; p. 72, ll.1-4; p. 73, l.1, ll.8-22; p. 80, ll.18-23; p. 81, ll.1-12, ll.20-23; p. 82, ll.1-20; p. 83, ll.3-5; p. 85, ll.8-23; p. 86, ll.1-23; p. 87, ll.1-2, ll.7-23; p. 88, ll.1-10, ll.20-23; p. 89, ll.1-4, ll.15-23; p. 90, ll.1-21; p. 91, ll.18-33; p. 92, ll.1-2; p. 93, ll.19-23; p. 94, ll.1-8; p. 98, ll.5-23; p. 99, ll.1-19; p. 100, ll.1-10; p. 115, ll.19-23; p. 116, ll.1-2.

Plaintiff objects to defendant's designation of deposition excerpts of Ben Johnston to the extent these pertain to questions and answers about supply and availability of railcars. These questions and answers are material only to an affirmative defense that was not pleaded by the defendant and has been waived. *See* Deposition of Ben Johnston, pp. 128, 129, 130, 131, 132. This issue is the subject of a separate Motion in Limine by plaintiff presently pending before this Court [*See* Doc. 86, ¶5A; Doc. 87, pp. 1, 2, 3, 4].

Plaintiff objects to defendant's designation of deposition excerpts of Ben Johnston to the extent these pertain to questions and answers related to any supposed delay in construction of the plant. The questions and answers are material only to an affirmative defense that was not specifically pleaded and has been waived. This issue is the subject of a separate Motion in Limine by plaintiff pending before this Court [*See* Doc. 86, ¶5B; Doc. 87, pp. 4, 5, 6, 7, 8, 9, 10].

    2.    Deposition of Pep Johnston taken July 24, 2007:

p. 8, ll.8-23; p. 9, ll.1-14; p. 10, ll.1-8, ll.9-22; p. 11, ll.7-9; p. 12, ll.1-15; p. 13, ll.9-20; p. 14, ll.2-7; p. 21, ll.14-23; p. 22, ll.1-15, ll.20-23; p. 23, ll.1-2; p. 26, ll.2-12.

Plaintiff objects to the designation of page 27, line 14-20, as only an answer has been designated, and not the question. That answer beyond the first two words on line 14 is non-responsive to the question asked and would need to be struck.

p. 27, ll.21-23; p. 28, ll.1-23; p. 29, ll.1-6, ll.21-23; p. 30, ll.1-23; p. 31, ll.1-21; p. 33, ll.8-23; p. 34, ll.1-12; p. 37, ll.16-20; p. 38, ll.1-23; p. 39, ll.4-15; p. 42, ll.11-23, p. 43, ll.1-10; p. 44, ll.6-15; p. 48, ll.13-19; p. 49, ll.10-23; p. 50, ll.1-7; p. 55, ll.1-23; p. 56, ll.1-23; p. 57, ll.1-3; p. 62, ll.1-23; p. 63, ll.16-23; p. 64, ll.1-23; p. 65, ll.1-8, ll.20-23; p. 66, ll.1-23; p. 68, ll.11-23; p. 69, ll.1-23; p. 70, ll.1-9, ll.20-23; p. 71, ll.1-7; p. 73, ll.11-23; p. 74, ll.1-3, ll.14-23; p. 75, ll.1-13, ll.22-23; p. 76, ll.1-20; p 79, ll.15-20; p. 112, ll.1-5; p. 115, ll.16-19; p. 116, ll.22-23; p. 117, ll.1-8; p. 120, ll.12-14, ll.17-19.

Plaintiff objects to page 123 line 15 on the basis of hearsay (FED.R.EVID 802) and non-responsive answer.

p. 143, l.23; p. 144, ll.1-20; p. 151, ll.20-23; p. 152, ll.1-23; p. 154, ll.1-10; p. 157, ll.7-23; p. 158, ll.1-23; p. 159, ll.1-9; p. 163, ll.7-19; p. 177, ll.8-23; p. 178, ll.1-15; p. 181, ll.14-23; p. 182, ll.1-15.

Respectfully submitted,

s/ H. Gregory Pearson
H. Gregory Pearson (ASB-4733-S81H)
Attorney For Plaintiff
email: greg@jphj.net


Charles E. Harrison (ASB-9408-N70C)
Attorney For Plaintiff
email: chuck@jphj.net


*OF COUNSEL:*

JUNKIN, PEARSON, HARRISON
    & JUNKIN, L.L.C.
601 Greensboro Avenue
Suite 600 Alston Place
Tuscaloosa, Alabama 35401
Telephone: (205) 366-0111
Telecopier: (205) 391-4780

**CERTIFICATE OF SERVICE**

Pursuant to FED.R.CIV.P. 5(e) and the Administrative Procedures For Filing, Signing, And Verifying Pleadings and Documents In The District Court Under the Case Management/Electronic Case Files (CM/ECF) System In Civil Cases [General Order No. 2:04-mc-3164], I do hereby certify that I have electronically filed the foregoing Reply with the Clerk of the Court by uploading same to the Court's CM/ECF web site at http://www/almd.uscourts.gov, which will send notification of such filing to the following:

>Thomas J. Leek, Esq
>COBB & COLE
>150 Magnolia Avenue
>Post Office Box 2491
>Daytona Beach, FL 32115-2491
>
>George Walker III, Esq.
>David Martin, Esq.
>COPELAND, FRANCO, SCREWS
>  & GILL, P.A.
>444 S. Perry St.
>Montgomery, Alabama 36101-0347

and I hereby certify that I have mailed by United States Postal Service, properly addressed and first-class postage prepaid and affixed this document to the following non-CM/ECF participants:

>[none]

This the 17th day of March 2008.

>/s/ Charles E. Harrison
>Charles E. Harrison (ASB-9408-N70C)

5