## IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF ALABAMA

| | | |
|---|---|---|
| **JOHNCO MATERIALS, INC.,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | **Civil Action No.** |
| **vs.** | ) | **2:06cv993-ID** |
| | ) | |
| **CONRAD YELVINGTON** | ) | |
| **DISTRIBUTORS, INC.,** | ) | |
| | ) | |
| **Defendant.** | ) | |

### PLAINTIFF'S PROPOSED VOIR DIRE QUESTIONS

Comes now Johnco Materials, Inc. ("Johnco"), the plaintiff in the above-styled cause, and submits the following Proposed Voir Dire Questions.

1.  Has any member of the venire or his/her family ever been employed at a law firm?

    •   If yes, please explain

2.  Has any member of the venire or his/her family ever been employed by or worked for a state or federal judge?

    •   If yes, please explain

3.  Has any member of the venire or his/her family ever been employed by or worked for a state or federal attorney?

    •   If yes, please explain

4.  Has any member of the venire or his/her family ever filed a workers' compensation claim?

    •   If yes, please describe the claim and give the outcome.

5.  Has any member of the venire or his/her family ever been represented by Clatus Junkin?

    • If yes, please explain

6.  Clatus Junkin has been an Alabama Circuit Judge since 1976. Has any member of the venire or his/her family ever appeared before Clatus Junkin in either a criminal, civil or domestic matter?

    • If yes, please explain

7.  Has any member of the venire or his/her family ever been sentenced by Clatus Junkin for a crime?

    • If yes, please explain

8.  Has any member of the venire or his/her family ever been ever been represented by Presley Morgan "Pep" Johnston?

    • If yes, please explain

9.  Does any member of the venire or his/her family have any experience whatsoever with sand and gravel mining?

    • If yes, please explain

10. Does any member of the venire or his/her family have any experience whatsoever with the concrete or asphalt business?

    • If yes, please explain

11. Does any member of the venire or his/her family have any experience whatsoever with the railroad or rail related industry?

    • If yes, please explain

12. Has any member of the venire or his/her family ever been employed by either the Plaintiff or the Defendant?

- If yes, please explain

13. Does any member of the venire have any knowledge or information about the Plaintiff or the Defendant?

- If yes, please explain

14. Does any member of the venire know:

- Conrad Yelvington Distributors, Inc.
- Gary Yelvington of Conrad Yelvington Distributors, Inc.
- Mark Klebe of Conrad Yelvington Distributors, Inc.
- Phillip Holliday of Conrad Yelvington Distributors, Inc.
- Johnco Materials, Inc.
- West Alabama Sand & Gravel
- Clatus Junkin of Johnco Materials, Inc.
- Clay Junkin of West Alabama Sand & Gravel
- Presley Morgan "Pep" Johnston, formerly of Johnco Materials, Inc.
- James B. "Ben" Johnston, formerly of Johnco Materials, Inc.
- J. Lester Alexander of Accounting, Economics & Appraisal Group, LLC
- Dave Borden of Aldridge, Borden & Company
- M. Eugene Hartley of Industrial Minerals Consulting, Inc.
- Thomas Leek of Cobb & Cole
- David Martin of Copeland, Franco, Screws & Gill, P.A.
- Richard H. Gill of Copeland, Franco, Screws & Gill, P.A.
- Alan E. Rothfeder of Copeland, Franco, Screws & Gill, P.A.
- Robert D. Segall of Copeland, Franco, Screws & Gill, P.A.
- John A. Henig, Jr.of Copeland, Franco, Screws & Gill, P.A.
- Jo Karen Parr of Copeland, Franco, Screws & Gill, P.A.
- Lee H. Copeland of Copeland, Franco, Screws & Gill, P.A.
- George W. Walker, III of Copeland, Franco, Screws & Gill, P.A.
- Shannon L. Holliday of Copeland, Franco, Screws & Gill, P.A.
- C. Nelson Gill of Copeland, Franco, Screws & Gill, P.A.
- Herman B. Franco of Copeland, Franco, Screws & Gill, P.A.
- Euel A. Screws, Jr.of Copeland, Franco, Screws & Gill, P.A.
- James G. Hawthorne, Jr.of Copeland, Franco, Screws & Gill, P.A.
- H. Gregory Pearson of Junkin, Pearson, Harrison & Junkin, LLC
- Charles E. Harrison of Junkin, Pearson, Harrison & Junkin, LLC
- Samuel W. Junkin of Junkin, Pearson, Harrison & Junkin, LLC

15.     Has any member of the venire or his/her family ever been represented by, consulted with or had any association with any of the following law firms:

   •     Cobb & Cole
   •     Copeland, Franco, Screws & Gill

16.     Is any member of the venire related to any other member of the venire?

   •     If yes, please explain

17.     Does any member of the venire know anyone else on the venire?

   •     If yes, please explain

18.     Does any member of the venire know anything about this case?

   •     If yes, please explain

19.     Does any member of the venire have any concerns whatsoever about his/her ability to be fair and impartial to both parties in the case?

   •     If yes, please explain

20.     Does any member of the venire have any medical problems or personal situations that would prevent you from sitting through this trial for the next 5 days?

   •     If yes, please explain

Respectfully submitted,


s/ H. Gregory Pearson
H. Gregory Pearson (ASB-4733-S81H)
Attorney For Plaintiff
email: greg@jphj.net


Charles E. Harrison (ASB-9408-N70C)
Attorney For Plaintiff
email: chuck@jphj.net


*OF COUNSEL:*

JUNKIN, PEARSON, HARRISON
   & JUNKIN, L.L.C.
601 Greensboro Avenue
Suite 600 Alston Place
Tuscaloosa, Alabama 35401
Telephone: (205) 366-0111
Telecopier: (205) 391-4780

## CERTIFICATE OF SERVICE

Pursuant to FED.R.CIV.P. 5(e) and the Administrative Procedures For Filing, Signing, And Verifying Pleadings and Documents In The District Court Under the Case Management/Electronic Case Files (CM/ECF) System In Civil Cases [General Order No. 2:04-mc-3164], I do hereby certify that I have electronically filed the foregoing Proposed Voir Dire Questions with the Clerk of the Court by uploading same to the Court's CM/ECF web site at http://www.almd.uscourts.gov, which will send notification of such filing to the following:

> Thomas J. Leek, Esq
> COBB & COLE
> 150 Magnolia Avenue
> Post Office Box 2491
> Daytona Beach, FL 32115-2491

> George Walker III, Esq.
> David Martin, Esq.
> COPELAND, FRANCO, SCREWS
>   & GILL, P.A.
> 444 S. Perry St.
> Montgomery, Alabama 36101-0347

and I hereby certify that I have mailed by United States Postal Service, properly addressed and first-class postage prepaid and affixed this document to the following non-CM/ECF participants:

> [none]

This the 17th day of March 2008.

Charles E. Harrison (ASB-9408-N70C)