IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| **JOHNCO MATERIALS, INC.,** | * | |
| | * | |
| Plaintiff, | * | |
| | * | |
| v. | * | CASE NO: 2:06-cv-993-ID |
| | * | |
| **CONRAD YELVINGTON** | * | |
| **DISTRIBUTORS, INC.,** | * | |
| | * | |
| Defendant. | * | |

**DEFENDANT'S MOTION TO DEEM TRIAL SUBPOENAS CONTINUING**

Defendant Conrad Yelvington Distributors, Inc. ("CYDI") hereby moves the Court to deem all trial subpoenas served by either party in anticipation of the original March 31, 2008 trial setting continuing and effective for the June 23, 2008 trial setting, and, as grounds therefore, states as follows:

1. This case was originally scheduled for trial on March 31, 2008.

2. In anticipation of the original trial setting, CYDI expended considerable time and expense to serve trial subpoenas on witnesses it intended to call. As required by Rule 45, CYDI not only incurred expense in having these witnesses served, but also tendered to each witness the daily attendance fee and mileage allowed by law.

3. On March 20, 2008 the trial was continued until June 23, 2008 due to the reassignment of the case to the Honorable Karon Bowdre.

4. A subpoena represents a continuing duty to appear and does not expire upon its stated date. *Blackmer v. United States,* 284 U.S. 421, 433 (1932); *United States v. Snyder,* 413 F.2d 288, 289 (9th Cir.1969); *Shulton v. Optel Corp., 126 F.R.D. 80, 81 (S.D.Fla.*1989).

WHEREFORE, Defendant Conrad Yelvington Distributors, Inc. moves the Court for an order that any subpoena for trial purposes which was previously served for the trial date of March 31, 2008 be deemed to remain in effect for the new trial date of June 23, 2008 and that the parties give notice of the Court's order to each witness previously subpoenaed.

/s  J. David Martin
George W. Walker, III (ABS-8497-A42G)
J. David Martin (ABS-7387-A54J)
Copeland, Franco, Screws & Gill, P.A.
444 South Perry Street (36104)
Post Office Box 347
Montgomery, Alabama 36101-0347
Telephone:    (334) 834-1180
Facsimile:     (334) 834-3172
Email:  walker@copelandfranco.com
Email:  martin@copelandfranco.com

# CERTIFICATE OF SERVICE

I hereby certify that on 27th of March, 2008, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

- **Charles E. Harrison**
  chuck@jphj.net,krista@jphj.net
- **Thomas J Leek**
  Thomas.Leek@CobbCole.com,Kathy.Weston@CobbCole.com,lisa.parkerjones@CobbCole.com,Kathy.Schell@CobbCole.com
- **Harold Gregory Pearson**
  hgpearson@bellsouth.net,andrea@jphj.net

/s J. David Martin
Of Counsel