**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF ALABAMA**
**NORTHERN DIVISION**

| | | |
|---|---|---|
| **JOHNCO MATERIALS INC.,** | ] | |
| | ] | |
| **Plaintiff,** | ] | |
| | ] | |
| **v.** | ] | **Civil Action** |
| | ] | **2:06CV993-KOB** |
| **CONRAD YELVINGTON** | ] | |
| **DISTRIBUTORS, INC.,** | ] | |
| | ] | |
| **Defendant.** | ] | |

**ORDER**

The trial previously set for March 31, 2008 is RESCHEDULED to **Monday, June 23,**
**2008 at 9:00 a.m.** in Montgomery, Alabama.

A settlement conference is scheduled for **Thursday, April 3, 2008 at 10:00 a.m.** in Suite
519 in the Hugo L. Black U. S. Courthouse in **Birmingham, Alabama.** All persons with
absolute authority needed to settle the case must be present for each side.

DONE and ORDERED 28th day of March 2008.

_____
KARON OWEN BOWDRE
UNITED STATES DISTRICT JUDGE